JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
State of California, State of Nevada, Commonwealth of Massachusetts, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Hawaii, State of Maine, State of Maryland, the People of the State of Michigan, State of Minnesota, State of New Jersey, State of New Mexico, State of New York, State of Rhode Island, State of Vermont, State of Wisconsin

**(b)** County of Residence of First Listed Plaintiff: Sacramento, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: Nicholas R. Green, California Department of Justice, 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102
Tel: (415) 510 - 3597 email: Nicholas.Green@doj.ca.gov
(see attachment for complete list of counsel)

## DEFENDANTS
Donald J. Trump, in his official capacity as President of the United States; Pamela Bondi, in her official capacity as Attorney General, United States Election Assistance Commission; Donald L. Palmer, in his official capacity as Chairman of the U.S. Election Assistance Commission; Thomas Hicks, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; Christy McCormick and Benjamin W. Hovland, in their official capacities as Commissioners of the U.S. Election Assistance Commission; Pete Hegseth, in his official capacity as Secretary of Defense.

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
*PERSONAL INJURY*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [x] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
*Other:*
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Const., art. I § 4; art. II, § 1, 28 U.S.C. § 2201

Brief description of cause:
Declaratory relief action for violation of U.S. Constitution (Elections/Electors Clauses, Separation of Powers, Violation of State Sovereignty)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: April 3, 2025

SIGNATURE OF ATTORNEY OF RECORD: /s/ Nicholas R. Green

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# ATTACHMENT
TO CIVIL COVER SHEET

## I. PLAINTIFFS AND COUNSEL:

State of California

Nicholas R. Green (BBO No. 698510)
*Deputy Attorney General*
Thomas S. Patterson*
*Senior Assistant Attorney General*
John D. Echeverria*
*Supervising Deputy Attorney General*
Michael S. Cohen*
Anne P. Bellows*
Malcolm A. Brudigam*
Kevin L. Quade*
Lisa Ehrlich*
*Deputy Attorneys General*
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102
(415) 510-3597


State of Nevada

Heidi P. Stern*
*Solicitor General*
Craig Newby*
*First Deputy Attorney General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246


Commonwealth of Massachusetts

M. Patrick Moore Jr. (BBO No. 670323)
*First Assistant Attorney General*
Anne Sterman (BBO No. 650426)
*Chief, Government Bureau*
Phoebe Fischer-Groban (BBO No. 687068)
*Deputy Chief, Constitutional & Administrative Law Division*
Chris Pappavaselio (BBO No. 713519)
*Assistant Attorney General*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495

State of Arizona

Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
*Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738


State of Colorado

Shannon Stevenson*
*Solicitor General*
Peter Baumann*
*Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400


State of Connecticut

Maura Murphy*
*Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020


State of Delaware

Ian R. Liston*
*Director of Impact Litigation*
Vanessa L. Kassab*
Maryanne T. Donaghy*
*Deputy Attorneys General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899


State of Hawaiʻi

David D. Day*
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

State of Illinois

Alex Hemmer*
*Deputy Solicitor General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526


State of Maine

Jonathan R. Bolton*
*Assistant Attorney General*
Office of the Attorney General
 6 State House Station
Augusta, ME  04333-0006
(207) 626-8800


State of Maryland

Adam D. Kirschner*
*Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6424


State of Michigan

Erik Grill*
Danny Haidar*
Heather S. Meingast*
*Assistant Attorneys General*
525 W. Ottawa, 5th Floor
P O Box 30736
Lansing, MI 48909
(517) 335-7659


State of Minnesota

Peter J. Farrell*
*Deputy Solicitor General*
Angela Behrens*
*Assistant Attorney General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1424

State of New Jersey

Meghan K. Musso*
Jonathan Mangel*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276


State of New Mexico

James W. Grayson*
*Chief Deputy Attorney General*
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060


State of New York

Colleen K. Faherty*
*Special Trial Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-6046


State of Rhode Island

James J. Arguin (BBO No. 557350)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078


State of Vermont

Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153


State of Wisconsin

Charlotte Gibson*
*Assistant Attorney General*
PO Box 7857
Madison, WI  53707-7857                  * *Pro hac vice application forthcoming*
(608) 287-4713

## II. DEFENDANTS:

DONALD J. TRUMP, in his official capacity as President of the United States

PAMELA BONDI, in her official capacity as Attorney General of the United States

UNITED STATES ELECTION ASSISTANCE COMMISSION

DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission

THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission

CHRISTY McCORMICK, in her official capacity as a Commissioner of the U.S. Election Assistance Commission

BENJAMIN W. HOVLAND, in his official capacity as a Commissioner of the U.S. Election Assistance Commission

PETE HEGSETH, in his official capacity as Secretary of Defense


Attorneys for Defendants:

United States Department of Justice
950 Pennsylvania Avenue NW, Washington DC 20530
(202) 514-2000