### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-10810-DJC |
| DONALD J. TRUMP, *et al.* | |
| *Defendants.* | |

### <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 83.5.3, I, Nicholas R. Green, a member of the bar of this Court and counsel of record for Plaintiff State of California, hereby move the admission *pro hac vice* of Alex Hemmer, a member of the bar of Illinois, to serve as counsel for Plaintiff State of Illinois in this matter.

As set forth in the accompanying certifications, the foregoing attorney (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Alex Hemmer *pro hac vice* to the bar of this Court.

April 11, 2025

Respectfully submitted.

ROB BONTA
  ATTORNEY GENERAL OF CALIFORNIA

 */s/ Nicholas R. Green*
  Nicholas R. Green (BBO No 698510)
  Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510–3597
Nicholas.Green@doj.ca.gov

*Counsel for the State of California*

2