AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et al. <br> *Plaintiff* <br> v. <br> Donald J. Trump, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-10810-DJC <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota.

Date: 04/14/2025

s/ Angela Behrens
*Attorney's signature*

Angela Behrens, 0351076
*Printed name and bar number*
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, Minnesota 55101

*Address*

angela.behrens@ag.state.mn.us
*E-mail address*

(651) 757-1204
*Telephone number*

(651) 297-1235
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF)

s/ Angela Behrens
Angela Behrens
