UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 1:25-cv-10810-DJC |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Nicholas R. Green, a member of the bar of this Court and counsel of record for Plaintiff State of California, hereby respectfully move for the admission *pro hac vice* of the following attorneys to serve as counsel for Plaintiff State of Arizona in this matter:

- Joshua M. Whitaker, Unit Chief, Office of the Arizona Attorney General, 2005 N. Central Ave., Phoenix, AZ 85004, (602) 542-7738, Joshua.Whitaker@azag.gov, a member of the State Bar of Arizona;

- Karen J. Hartman-Tellez, Senior Litigation Counsel, Office of the Arizona Attorney General, 2005 N. Central Ave., Phoenix, AZ 85004, (602) 542-8323, Karen.Hartman@azag.gov, a member of the State Bar of Arizona; and

- Kara Karlson, Senior Litigation Counsel, Office of the Arizona Attorney General, 2005 N. Central Ave., Phoenix, AZ 85004, (602) 542-8323, Kara.Karlson@azag.gov, a member of the State Bar of Arizona.

As set forth in the accompanying certificates, Mr. Whitaker, Ms. Hartman-Tellez, and Ms. Karlson (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

2

WHEREFORE, this Court should admit Joshua M. Whitaker, Karen J. Hartman-Tellez, and Kara Karlson *pro hac vice* to the bar of this Court.

April 18, 2025                                   Respectfully Submitted,

                                                            ROB BONTA
                                                            ATTORNEY GENERAL OF CALIFORNIA

                                                            */s/ Nicholas R. Green*
                                                            Nicholas R. Green (BBO No. 698510)
                                                           Deputy Attorney General
                                                           Office of the California Attorney General
                                                           455 Golden Gate Avenue, Suite 11000
                                                           San Francisco, CA  94102
                                                           (415) 510-3597
                                                           Nicholas.Green@doj.ca.gov

                                                           *Counsel for the State of California*