UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*

                        *Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*

                        *Defendants.*

Case No. 1:25-cv-10810-DJC

## CERTIFICATE OF JOSHUA M. WHITAKER

In support of my application for admission *pro hac vice* in this matter, I, Joshua M. Whitaker, hereby certify that:

1. I am a Unit Chief in the Special Litigation Section in the Office of the Arizona Attorney General. I represent the State of Arizona in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the Arizona state courts, the District of Arizona, and the Ninth Circuit Court of Appeals.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

April 16, 2025

/s/ *Joshua M. Whitaker*
Joshua M. Whitaker
Unit Chief, Special Litigation
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
T:  602-542-7738
E:  Joshua.Whitaker@azag.gov