UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>      *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>      *Defendants.* | Case No. 1:25-cv-10810-DJC |

### **CERTIFICATE OF KAREN J. HARTMAN-TELLEZ**

In support of my application for admission *pro hac vice* in this matter, I, Karen J. Hartman-Tellez, hereby certify that:

  1.  I am Senior Litigation Counsel in the Office of the Arizona Attorney General. I represent the State of Arizona in the above action.

  2.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the Arizona state courts, the District of Arizona, and the Ninth Circuit Court of Appeals.

  3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

  4.  I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

  5.  I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

April 16, 2025                                                    /s/ *Karen J. Hartman-Tellez*
                                                                  Karen J. Hartman-Tellez
                                                                  Senior Litigation Counsel
                                                                  Arizona Attorney General's Office
                                                                  2005 North Central Avenue
                                                                  Phoenix, Arizona 85004
                                                                  T:  602-542-8323
                                                                  E:  karen.hartman@azag.gov