UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*

      *Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*

      *Defendants.*

Case No. 1:25-cv-10810-DJC

**CERTIFICATE OF KARA KARLSON**

  In support of my application for admission *pro hac vice* in this matter, I, Kara Karlson, hereby certify that:

  1.  I am Senior Litigation Counsel in the Office of the Arizona Attorney General. I represent the State of Arizona in the above action.

  2.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the Arizona state courts, the District of Arizona, the Ninth Circuit Court of Appeals and the United States Supreme Court.

  3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

  4.  I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

  5.  I am familiar with and agree to comply with the Local Rules of this Court.

      I hereby certify under penalty of perjury that the foregoing is true and correct.

April 16, 2025                                      /s/ *Kara Karlson*
                                                              Kara Karlson
                                                            Senior Litigation Counsel
                                                            Arizona Attorney General's Office
                                                            2005 North Central Avenue
                                                            Phoenix, Arizona 85004
                                                            T:  602-542-8323
                                                            E:  Kara.Karlson@azag.gov