UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants.* | No. 1:25-cv-10810-DJC |

### MOTION FOR ADMISSION PRO HAC VICE OF ERIK A. GRILL

Pursuant to Local Rule 83.5.3, I, Nicholas R. Green, a member of the bar of this Court and counsel of record for Plaintiff State of California, hereby moves the admission *pro hac vice* of Michigan Assistant Attorney General Erik A. Grill, a member of the bar of Michigan, to serve as counsel for Plaintiff People of the State of Michigan in this matter.

As set forth in the accompanying certification, Michigan Assistant Attorney General Erik A. Grill (1) is a member in good standing of the bar of every jurisdiction to which he is admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Michigan Assistant Attorney General Erik A. Grill *pro hac vice* to the bar of this Court.

| | |
|---|---|
| April 18, 2025 | Respectfully submitted.<br><br>ROB BONTA<br>ATTORNEY GENERAL OF CALIFORNIA<br><br> /s/ Nicholas R. Green<br>   Nicholas R. Green (BBO No 698510)<br>   Deputy Attorney General<br>Office of the California Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102<br>(415) 510-3597<br>Nicholas.Green@doj.ca.gov<br><br>*Counsel for the State of California* |