# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*

                              *Plaintiffs*,

        v.                                              No. 1:25-cv-10810-DJC

DONALD J. TRUMP, *et al.*

                              *Defendants.*

## CERTIFICATE OF ERIK A. GRILL

In support of my application for admission *pro hac vice* in this matter, I, Erik A. Grill, hereby certify that:

1.      I am an Assistant Attorney General in the Michigan Office of the Attorney General.  I represent the People of the State of Michigan in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.  I am admitted to practice in Michigan, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States Sixth Circuit Court of Appeals and the United States Third Circuit Court of Appeals.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.


April 15, 2025                                    */s/ Erik A. Grill*_____
                                                 Erik A. Grill
                                                 Assistant Attorney General
                                                 Michigan Department of Attorney General
                                                 P.O. Box 30736
                                                 Lansing, Michigan 48909
                                                 517.335.7659
                                                 grille@michigan.gov