UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 1:25-cv-10810-DJC

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

        Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,

        Defendants.

## DEFENDANTS' MOTION TO TRANSFER AND CONSOLIDATE OR, IN THE ALTERNATIVE, MOTION TO STAY

On March 25, 2025, President Donald J. Trump issued an Executive Order entitled "Preserving and Protecting the Integrity of American Elections." *See* Exec. Order No. 14,248, 90 Fed. Reg. 14005 (Mar. 25, 2025). Plaintiffs in this action are nineteen States ("Plaintiff States") who claim that certain provisions of the Executive Order are unconstitutional, ultra vires, and violative of separation-of-powers principles. Three cases that challenge the same provisions of the Executive Order for the same reasons are already pending in the U.S. District Court for the District of Columbia (the "DDC cases"). Because of their commonalities, the DDC cases were consolidated to promote, among other things, judicial economy and consistency.

Pursuant to 28 U.S.C. § 1404(a) and Fed. R. Civ. P. 42(a), Defendants respectfully move this Court to transfer this case to the District of Columbia and consolidate it with the DDC cases. Alternatively, should this Court decline to transfer this case, in the interest of judicial economy, Defendants respectfully move this Court to stay this case pending resolution of the DDC cases.

In support of this Motion, Defendants respectfully refer the Court to their Memorandum of Law and accompanying exhibits, filed herewith.

WHEREFORE, Defendants respectfully request that this case be transferred to the District of Columbia and consolidated with the DDC cases. Alternatively, Defendants respectfully request that this matter be stayed pending resolution of the DDC cases.

    Respectfully submitted:

    LEAH B. FOLEY
    United States Attorney

By:    */s/ Nicole M. O'Connor*
       Nicole M. O'Connor

>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>(617) 748-3112
>Nicole.O'Connor@usdoj.gov

### 7.1 CERTIFICATION

I, Nicole M. O'Connor, hereby certify that I conferred with counsel for Plaintiffs via virtual conference on April 23, 2025. I was unable to resolve or narrow the issues for review.

Dated: April 23, 2025                    */s/ Nicole M. O'Connor*
                                          Nicole M. O'Connor
                                          Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: April 23, 2025                    */s/ Nicole M. O'Connor*
                                          Nicole M. O'Connor
                                          Assistant U.S. Attorney