**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-10810-DJC |
| DONALD J. TRUMP, *et al.* | |
| *Defendants*. | |

**PLAINTIFF STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiff States California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and Wisconsin respectfully request leave to file a 35-page memorandum in support of their forthcoming motion for a preliminary injunction. The parties met and conferred regarding this motion and the preliminary injunction motion on April 23, 2025. Defendants indicated that they take no position on Plaintiff States' request for additional pages.

Good cause exists for Plaintiff States' request. This case raises significant and multi-faceted challenges to Defendant President Donald J. Trump's Executive Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*" (EO). Plaintiff States' motion for a preliminary injunction will seek relief as to five distinct components of the EO. These include the President's commands that both the federal voter registration form and the federal post card application for military and overseas voter registration be amended to include unlawful documentary proof of citizenship requirements; a mandate for certain agencies to assess citizenship before providing the federal voter

registration form; and directives that federal elections funding be withheld from, and Attorney General enforcement action be initiated against, States whose election laws permit counting ballots cast on or before Election Day but received shortly after Election Day.

Addressing the basis for these challenges and the need for preliminary injunctive relief requires more than the usual 20 pages. The EO's directives implicate multiple constitutional provisions and various federal laws—e.g., the National Voter Registration Act, the Help America Vote Act, the Uniformed and Overseas Citizens Absentee Voting Act, and the federal Election Day statutes—each requiring unique and detailed analysis. Moreover, the irreparable harm that the 19 Plaintiffs States face because of the EO manifests in different ways depending on the particularities of each State's election laws and practices, necessitating additional explanation in the memorandum. For all these reasons, Plaintiff States respectfully request that the Court grant Plaintiff States leave to file a 35-page memorandum in support of their forthcoming motion for a preliminary injunction.[1]

---

[1] At this time, Plaintiff States do not anticipate seeking leave to file excess pages with respect to their forthcoming opposition to Defendants' motion to transfer and consolidate or, in the alternative, motion to stay.

April 24, 2025

Respectfully submitted,

ROB BONTA
  ATTORNEY GENERAL OF CALIFORNIA

/s/ *Kevin L. Quade*
  Kevin L. Quade*
    Deputy Attorney General
  Thomas S. Patterson*
    Senior Assistant Attorney General
  John D. Echeverria*
    Supervising Deputy Attorney General
  Anne P. Bellows*
  Michael S. Cohen*
  Malcolm A. Brudigam*
  Lisa C. Ehrlich*
  Nicholas R. Green (BBO No. 698510)
    Deputy Attorneys General
Office of the California Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
(916) 210-7693
Kevin.Quade@doj.ca.gov

*Counsel for the State of California*
*Admitted pro hac vice*

*(additional counsel on following pages)*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    Solicitor General
Peter Baumann*
    Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/  Maura Murphy*
Maura Murphy*
    Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
Ian R. Liston*
    Director of Impact Litigation
Vanessa L. Kassab*
Maryanne T. Donaghy*
    Deputy Attorneys General
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Counsel for the State of Delaware*

5

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
    Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
    Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Alex Hemmer*
Alex Hemmer*
    Deputy Solicitor General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
    Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Danny Haidar*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson\*
    Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*\*Admitted pro hac vice or pro hac vice applications forthcoming*


## 7.1 CERTIFICATION

    I, Kevin L. Quade, hereby certify that counsel for Plaintiff States conferred with counsel for Defendants via virtual conference on April 23, 2025.  Counsel for Defendants indicated that they do not oppose the instant motion.

Dated:  April 24, 2025                */s/ Kevin L. Quade*
                                      Kevin L. Quade
                                      Deputy Attorney General
                                      *Counsel for the State of California*


## CERTIFICATE OF SERVICE

    I, Kevin L. Quade, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  April 24, 2025                */s/ Kevin L. Quade*
                                        Kevin L. Quade
                                      Deputy Attorney General
                                      *Counsel for the State of California*