IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.* <br><br> *Defendants*. | No. 1:25-cv-10810-DJC |

**PLAINTIFF STATES' AMENDED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiff States California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and Wisconsin amend their pending motion for excess pages (ECF No. 68) and now respectfully request leave to file a 30-page memorandum in support of their motion for a preliminary injunction. Because Plaintiff States face imminent and irreparable harm in the absence of preliminary relief, they are filing the motion and brief concurrently.

Defendants confirmed on May 5, 2025 that they take no position on this amended motion.

Good cause exists for Plaintiff States' request. This case raises significant and multifaceted challenges to Defendant President Donald J. Trump's Executive Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*" (EO). Plaintiff States' motion for a preliminary injunction will seek relief as to five distinct components of the EO. These include the President's commands that both the federal voter registration form and the federal post card application for military and overseas voter registration be amended to include unlawful documentary

proof of citizenship requirements; a mandate for certain agencies to assess citizenship before providing the federal voter registration form; and directives that federal elections funding be withheld from, and Attorney General enforcement action be initiated against, States whose election laws permit counting ballots cast on or before Election Day but received shortly after Election Day.

Addressing the basis for these challenges and the need for preliminary injunctive relief requires more than the usual 20 pages. The EO's directives implicate multiple constitutional provisions and various federal laws—e.g., the National Voter Registration Act, the Help America Vote Act, the Uniformed and Overseas Citizens Absentee Voting Act, and the federal Election Day statutes—each requiring unique and detailed analysis. Moreover, the irreparable harm that the 19 Plaintiffs States face because of the EO manifests in different ways depending on the particularities of each State's election laws and practices, necessitating additional explanation in the memorandum. For all these reasons, Plaintiff States respectfully request that the Court grant Plaintiff States leave to file a 30-page memorandum in support of their concurrently filed motion for a preliminary injunction.

May 5, 2025                                                  Respectfully submitted,

                                                                         ROB BONTA
                                                                           ATTORNEY GENERAL OF CALIFORNIA

                                                                         /s/ *Anne P. Bellows*
                                                                          Anne P. Bellows*
                                                                              Deputy Attorney General
                                                                         Thomas S. Patterson*
                                                                             Senior Assistant Attorney General
                                                                        John D. Echeverria*
                                                                           Supervising Deputy Attorney General
                                                                        Michael S. Cohen*
                                                                        Kevin L. Quade*
                                                                        Malcolm A. Brudigam*
                                                                        Lisa C. Ehrlich*
                                                                        Nicholas R. Green (BBO No. 698510)
                                                                          Deputy Attorneys General
                                                         Office of the California Attorney General
                                                         455 Golden Gate Avenue, Suite 11000
                                                         San Francisco, CA 94102
                                                         (415) 510-3847
                                                         Anne.Bellows@doj.ca.gov

                                                        *Counsel for the State of California*
                                                        **Admitted pro hac vice*

                                                        *(additional counsel on following pages)*

**AARON D. FORD**
Attorney General of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
   Solicitor General
Craig Newby*
   First Assistant Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ M. Patrick Moore
M. Patrick Moore (BBO No. 670323)
   First Assistant Attorney General
Anne Sterman (BBO No. 650426)
   Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
   Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
   Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: /s/ Joshua M. Whitaker
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
   Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    Solicitor General
Peter Baumann*
    Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/ Maura Murphy*
Maura Murphy*
    Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
    Deputy Attorney General
Vanessa L. Kassab
    Deputy Attorney General
Ian R. Liston
    Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
    Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
    Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Alex Hemmer*
Alex Hemmer*
    Deputy Solicitor General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
    Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

6

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Erik Grill
Erik Grill*
Danny Haidar*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ Peter J. Farrell
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: /s/ Meghan K. Musso
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: /s/ James W. Grayson
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: /s/ Colleen K. Faherty
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ James J. Arguin
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Ryan P. Kane
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*\*Admitted pro hac vice or pro hac vice applications forthcoming*


### 7.1 CERTIFICATION

    I, Anne P. Bellows, hereby certify that counsel for Plaintiff States conferred with counsel for Defendants via virtual conference on May 5, 2025. Counsel for Defendants indicated that they do not have a position on the instant motion.

Dated: May 5, 2025        */s/ Anne P. Bellows*
                                Anne P. Bellows
                                Deputy Attorney General
                                *Counsel for the State of California*


### CERTIFICATE OF SERVICE

    I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated: May 5, 2025        */s/ Anne P. Bellows*
                                Anne P. Bellows
                                Deputy Attorney General
                                *Counsel for the State of California*