IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>       *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>       *Defendants.* | No. 1:25-cv-10810-DJC |

## MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and Wisconsin (Plaintiff States), hereby respectfully move, pursuant to

Federal Rule of Civil Procedure 65 and Local Rule 7.1, for a preliminary injunction to restrain and enjoin Defendants Pamela Bondi, in her official capacity as Attorney General of the United States, the United States Election Assistance Commission, Donald L. Palmer, in his official capacity as Chairman of the U.S. Election Assistance Commission, Thomas Hicks, in his official capacity as Vice Chair of the U.S. Election Assistance Commission, Christy McCormick and Benjamin W. Hovland, in their official capacities as Commissioners of the U.S. Election Assistance Commission, and Pete Hegseth, in his official capacity as Secretary of Defense (Defendants), their officers, agents, servants, and employees from implementing or enforcing Sections 2(a), 2(d), 3(d), 7(a), and 7(b) of Executive Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*" (EO), pending trial of this action.

As described in Plaintiff States' accompanying memorandum in support of this motion, preliminary injunctive relief is warranted because the EO constitutes an unprecedented attempt by the President to usurp power over federal elections that rightfully belongs to (and has been exercised by) the States and Congress. First, Plaintiff States are likely to succeed on the merits of their claims. Specifically, they are likely to prevail in showing that:

- Section 2(a) of the EO is ultra vires, a violation of the constitutional separation of powers, and is contrary to the National Voter Registration Act;
- Section 3(d) of the EO is ultra vires, a violation of the constitutional separation of powers, and is contrary to the Uniformed and Overseas Citizens Absentee Voting Act;
- Sections 2(a), 2(d), and 3(d) of the EO unconstitutionally commandeer States' resources;
- Section 7(a) of the EO is ultra vires and violates the constitutional separation of powers;
- Section 7(b) of the EO is ultra vires, violates the constitutional separation of powers, and unconstitutionally imposes extra-statutory conditions on congressionally appropriated

funding; and

- Sections 7(a) and 7(b) unlawfully invade States' constitutional powers and sovereignty.

Second, Plaintiff States have demonstrated that, absent a preliminary injunction, they will suffer immediate and irreparable harm by being forced to divert their limited resources to implementing an unlawful EO, damaging their ability to effectively administer elections. Third, the balance of equities and public interest weigh in favor of a preliminary injunction to temporarily halt the EO's unlawful attempt to fundamentally restructure how federal elections are administered. This Motion is supported by an accompanying memorandum of law, by declarations, which are submitted as attachments, and any oral argument.

No monetary security is required under Federal Rule of Civil Procedure 65(c) because Defendants will not suffer any harm as a result of a preliminary injunction here. *International Ass'n of Machinists and Aerospace Workers v. Eastern Airlines, Inc.*, 925 F.2d 6, 9 (1st Cir. 1991) ("[T]here is ample authority for the proposition that the provisions of Rule 65(c) are not mandatory and that a district court retains substantial discretion to dictate the terms of an injunction bond." (collecting cases)).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff States believe that oral argument would assist the Court because this case concerns complicated and important issues affecting the public interest. Thus, Plaintiff States wish to be heard on their preliminary injunction motion.

**WHEREFORE**, Plaintiff States pray that the Court preliminarily enjoin:

(1) Defendants U.S. Election Assistance Commission, Chairman Donald L. Palmer, Vice Chair Thomas Hicks, and Commissioners Christy McCormick and Benjamin W. Hovland (EAC Defendants) from implementing Section 2(a) of the EO or otherwise taking any steps to require

documentary proof of citizenship as part of the federal mail-in voter registration form provided for in 52 U.S.C. § 20508;

(2) Defendant Secretary of Defense Pete Hegseth from implementing Section 3(d) of the EO or otherwise altering the federal post card form provided for in 52 U.S.C. § 20301(b)(2) to require either documentary proof of citizenship or proof of eligibility to vote in a particular State;

(3) Defendant Attorney General Pamela Bondi and EAC Defendants from implementing Section 2(d) of the EO as to state and local agencies in Plaintiff States or otherwise taking any action to require state and local voter registration agencies designated under the National Voter Registration Act and located in Plaintiff States from assessing citizenship prior to providing a federal voter registration form;

(4) Defendant Attorney General Pamela Bondi from implementing Section 7(a) of the EO as to Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York, and Rhode Island, or otherwise taking any actions to enforce a ballot receipt deadline of Election Day against those States; and

(5) EAC Defendants from implementing Section 7(b) of the EO as to Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York, and Rhode Island, or otherwise conditioning formula grant funding, including election security grants, to Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York, and Rhode Island on their adoption of a ballot receipt deadline of Election Day.

May 5, 2025                                        Respectfully submitted.

                                                        ROB BONTA
                                                          ATTORNEY GENERAL OF CALIFORNIA

                                                       /s/ *Anne P. Bellows*
                                                         Anne P. Bellows*
                                                            Deputy Attorney General
                                                       Thomas S. Patterson*
                                                            Senior Assistant Attorney General
                                                      John D. Echeverria*
                                                            Supervising Deputy Attorney General
                                                     Michael S. Cohen*
                                                     Malcolm A. Brudigam*
                                                     Kevin L. Quade*
                                                     Lisa C. Ehrlich*
                                                     Nicholas R. Green (BBO No 698510)
                                                           Deputy Attorneys General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3847
Anne.Bellows@doj.ca.gov
*Counsel for the State of California*
 *Admitted pro hac vice*

*(additional counsel on following pages)*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
   Solicitor General
Craig Newby*
   First Assistant Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
   First Assistant Attorney General
Anne Sterman (BBO No. 650426)
   Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
   Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
   Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
   Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    Solicitor General
Peter Baumann*
    Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/  Maura Murphy*
Maura Murphy*
    Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
    Deputy Attorney General
Vanessa L. Kassab
    Deputy Attorney General
Ian R. Liston
    Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
    Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
    Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Alex Hemmer*
Alex Hemmer*
    Deputy Solicitor General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
    Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Danny Haidar*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*\*Admitted pro hac vice or pro hac vice applications forthcoming*



## 7.1 CERTIFICATION

    I, Anne P. Bellows, hereby certify that counsel for Plaintiff States conferred with counsel for Defendants via virtual conference on April 23, 2025.  I was unable to resolve or narrow the issues for review.

Dated:  May 5, 2025                                        */s/ Anne P. Bellows*
                                                                                      Anne P. Bellows
                                                                                      Deputy Attorney General
                                                                                      *Counsel for the State of California*



## CERTIFICATE OF SERVICE

    I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  May 5, 2025                                        */s/ Anne P. Bellows*
                                                                                      Anne P. Bellows
                                                                                      Deputy Attorney General
                                                                                      *Counsel for the State of California*