## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>                      *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>                      *Defendants*. | No. 1:25-cv-10810-DJC |

## [PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule 7.1, and upon consideration of Plaintiff States' Motion for a Preliminary Injunction and all the papers filed in support thereof, and any oppositions filed thereto, the Court finds that Plaintiff States are likely to succeed on the merits of their claims that Section 2(a), Section 2(d), Section 3(d), Section 7(a), and Section 7(b) of Executive Order No. 14248 (EO) are unlawful and unconstitutional; that Plaintiff States will imminently suffer irreparable harm absent preliminary injunctive relief; that the balance of equities and public interest favor granting preliminary injunctive relief; and that because the injunction carries no risk of monetary loss to Defendants, a security payment is not required.

Accordingly, the Court hereby **GRANTS** Plaintiff States' Motion for a Preliminary Injunction. Defendants, their officers, agents, servants, and employees, other than the President, are hereby enjoined as follows:

(1) Defendants U.S. Election Assistance Commission, Chairman Donald L. Palmer, Vice Chair Thomas Hicks, and Commissioners Christy McCormick and Benjamin W. Hovland (EAC Defendants) are enjoined from implementing Section 2(a) of the EO or otherwise taking any steps to require documentary proof of citizenship as part of the federal mail-in voter registration form provided for in 52 U.S.C. § 20508;

(2) Defendant Secretary of Defense Pete Hegseth is enjoined from implementing Section 3(d) of the EO or otherwise altering the federal post card form provided for in 52 U.S.C. § 20301(b)(2) to require either documentary proof of citizenship or proof of eligibility to vote in a particular State;

(3) Defendant Attorney General Pamela Bondi and EAC Defendants are enjoined from

2

implementing Section 2(d) of the EO as to state and local agencies in Plaintiff States or otherwise taking any action to require state and local voter registration agencies designated under the NVRA and located in Plaintiff States from assessing citizenship prior to providing a federal voter registration form;

(4) Defendant Attorney General Pamela Bondi is enjoined from implementing Section 7(a) of the EO as to Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York, and Rhode Island, or otherwise taking any actions to enforce a ballot receipt deadline of Election Day against those States; and

(5) The EAC Defendants are enjoined from implementing Section 7(b) of the EO as to Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York, and Rhode Island, or otherwise conditioning formula grant funding, including election security grants, to Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York, and Rhode Island on their adoption of a ballot receipt deadline of Election Day.

This Order shall remain in effect unless and until modified by the Court.

**SO ORDERED** this _____ day of _____, 2025

By: _____
Hon. Denise J. Casper
United States District Judge