**TABLE OF ATTACHMENTS**

| Attachment | Description |
|---|---|
| 1 | Table of Attachments in support of Plaintiffs' Memorandum of Law |
| 2 | Declaration of Anne Bellows, Deputy Attorney General, California Department of Justice |
| 3 | Declaration of Jana M. Lean, Chief of the Elections Division, Office of the California Secretary of State |
| 4 | Declaration of Mark Wlaschin, Deputy Secretary of State for Elections, Office of the Nevada Secretary of State |
| 5 | Declaration of Michelle Tassinari, First Deputy Secretary, Office of the Secretary of the Commonwealth of Massachusetts |
| 6 | Declaration of Natalie Adona, Clerk-Recorder/Registrar of Voters, County of Nevada, State of California |
| 7 | Declaration of Donna Barber, Executive Director of the New Jersey Department of State, Division of Elections, Office of the New Jersey Secretary of State |
| 8 | Declaration of Jonathan Brater, Director of the Bureau of Elections, Office of the Michigan Secretary of State |
| 9 | Declaration of Melissia Dorsey, Assistant Deputy Administrator for Election Policy, Office of the Maryland State Administrator of Elections |
| 10 | Declaration of Adrian Fontes, Secretary of State of the State of Arizona |
| 11 | Declaration of Julie L. Flynn, Deputy Secretary of State, Office of the Maine Secretary of State |
| 12 | Declaration of Sarah Copeland Hanzas, Secretary of State of the State of Vermont |
| 13 | Declaration of Paul Linnell, Elections Director, Office of the Minnesota Secretary of State |
| 14 | Declaration of Dean C. Logan, Registrar-Recorder/County Clerk, County of Los Angeles, State of California |
| 15 | Declaration of Edmund Michalowski, Deputy Clerk for Elections, Office of the Cook County Clerk, State of Illinois |
| 16 | Declaration of Rob Rock, Deputy Secretary of State/Director of Administration, Office of the Rhode Island Secretary of State |
| 17 | Declaration of Hilary Rudy, Deputy State Elections Director, Office of the Colorado Secretary of State |
| 18 | Declaration of Kristen Zebrowski Stavisky, Co-Executive Director of the New York State Board of Elections, Chief State Election Official |
| 19 | Declaration of Kristin Sullivan, Director of Elections, Office of the Connecticut Secretary of the State |
| 20 | Declaration of Mandy Vigil, Election Director, Office of the New Mexico Secretary of State |