# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

        *Plaintiffs*,

  v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,

        *Defendants*.

Case No. 1:25-cv-10810 (DJC)

## NOTICE OF APPEARANCE

Please enter the appearance of Bridget K. O'Hickey, U.S. Department of Justice, Civil Division, as counsel for Defendants in this case.

Dated: May 6, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
(FL Bar No. 1048521)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-8679
Email: Bridget.K.O'Hickey@usdoj.gov

*Attorney for Defendants*