UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 1:25-cv-10810-DJC

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br> Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY PAGES**

Defendants respectfully move this Court for leave to file a response to Plaintiffs' Motion for Preliminary Injunction that exceeds twenty pages. Specifically, Defendants seek leave to file a response up to 35 pages. In support of this Motion, Defendants submit the following:

In this action, Plaintiffs, who consist of nineteen States, challenge an Executive Order issued by President Donald J. Trump entitled "Preserving and Protecting the Integrity of American Elections." *See* Exec. Order No. 14,248, 90 Fed. Reg. 14005 (Mar. 25, 2025). Plaintiffs claim

1

that certain provisions of the Executive Order are unconstitutional, ultra vires, and violative of separation-of-powers principles. Plaintiffs' Motion for Preliminary Injunction seeks relief regarding five provisions of the Executive Order. In their Motion and accompanying Memorandum, Plaintiffs claim that the Executive Order implicates multiple constitutional provisions and various federal laws, including the National Voter Registration Act, the Help America Vote Act, the Uniformed and Overseas Absentee Voting Act, and the federal Election Day statutes. Given the complexities of these legal issues, as well as the need to respond to the alleged irreparable harm arguments advanced by each of the 19 Plaintiff States, Defendants respectfully request leave to file a 35-page response to Plaintiffs' Motion for Preliminary Injunction.

Defendants conferred with Plaintiffs regarding this requested relief. Plaintiffs indicated that they did not take a position on the relief requested in this Motion.

Respectfully submitted:

LEAH B. FOLEY
United States Attorney

By: /s/ Nicole M. O'Connor
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

Bridget K. O'Hickey
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

(202) 353-8679  
Bridget K. O'Hickey@usdoj.gov

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, hereby certify that I conferred with counsel for Plaintiffs regarding the relief requested in this Motion. Plaintiffs indicated that they did not take a position on the relief requested in this Motion.

Dated: May 14, 2025              */s/ Nicole M. O'Connor*  
                                 Nicole M. O'Connor  
                                 Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: May 14, 2025              */s/ Nicole M. O'Connor*  
                                 Nicole M. O'Connor  
                                 Assistant U.S. Attorney