IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10810-DJC |

**MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE AS *AMICI CURIAE* IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION)**

Proposed *Amici* move for leave to file the attached *amicus* brief in support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 75) (the "Motion"), and state as follows:

1. Proposed *Amici* are a bipartisan group of former state secretaries of state from Colorado, Connecticut, Minnesota, Pennsylvania, Washington, and West Virginia. As the former chief election administrators in their respective states, they are uniquely familiar with states' crucial role in regulating and administering federal elections. The Proposed *Amici* should be granted leave to file the accompanying brief because of their unique insight into the states' role in administering elections, which addresses a matter central to this challenge and is offered from a perspective that is not otherwise provided by the parties.

2. No party's counsel has authored this brief in whole or in part and no person or entity, other than Proposed *Amici* or their counsel, has made a monetary contribution to the preparation or submission of this brief.

3.	Whether to allow amicus briefing is within this Court's "sound discretion." *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970); *accord Trs. of Bos. Univ. v. Vyrian, Inc.*, No. 13-11963-PBS, 2013 WL 12129604, at *4 (D. Mass. Oct. 29, 2013). "The role of an *amicus curiae*, meaning friend of the court, is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal quotation marks omitted). This Court has routinely granted non-parties leave to participate as amicus, including in this case. *See* ECF Doc. No. 86; *Pesce v. Coppinger*, 355 F. Supp. 3d 35, 39 fn.1 (D. Mass. 2018); *Steinmetz v. Coyle & Caron, Inc.*, No. 15-13594-DJC, 2016 WL 4074135, at *2 fn.1 (D. Mass. July 29, 2016) (granting motion *nunc pro tunc*).

4.	The March 25, 2025, Executive Order—"Preserving and Protecting the Integrity of American Elections"—seeks to upend the constitutional order by purporting to require that states unilaterally add new requirements to the federal voter registration form; federalizing some voter roll list maintenance; requiring the review and potential decertification of certain voting systems; and prohibiting states from processing absentee and mail-in ballots received after Election Day, contrary to the principles codified in the Constitution's Elections and Electors Clauses.

5.	The proposed brief, informed by Proposed *Amici*'s expertise and direct experience faithfully overseeing elections, will assist the Court in its consideration of the Motion by shedding additional light on the states' pivotal role in enacting and executing election laws. The brief proceeds by arguing that, pursuant to the Elections and Electors Clauses, states play an irreplaceable role in election regulation and administration. The brief then analyzes caselaw that

reaffirms that the President has no standalone role in regulating elections. It finally argues that to the extent the Executive Order attempts to draw power from federal laws enacted by Congress, none of the laws at issue have displaced states' traditional role in elections. As bipartisan former officials from states that both elect and appoint secretaries of state, Proposed *Amici* have a diverse range of perspectives. Proposed *Amici* also share a common commitment to ensuring that elections are free and fair and support the Motion.

6.     As the United States District Court for the District of Columbia concluded in granting an overlapping group of *Amici* leave to file a similar amicus brief in litigation challenging the same Executive Order, "[a]s former state election officials, [A]mici offer a unique perspective not presented by the parties. And their proposed brief is relevant and helpful." *Minute Order, League of United Latin American Citizens, et al. v. Executive office of the President, et al.*, No. 25-946, (April 24, 2025) ("*LULAC*").

7.     Counsel for Proposed *Amici* have conferred with counsel for the parties. This motion is unopposed by Plaintiffs and opposed by Defendants. In the *LULAC* case, the court granted the Proposed *Amici*'s motion for leave to participate as amicus over DOJ's objection. *See id.* The Government was on notice of, and indeed had the opportunity to respond to, similar arguments made by overlapping Amici in the *LULAC* case.

For the foregoing reasons, Proposed *Amici* request that the Court grant leave to file the attached brief attached hereto as Exhibit A.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that Proposed Amici's counsel conferred with counsel for all parties on various dates including on May 27 regarding Proposed Amici's motion for leave to file the proposed brief. Counsel for Plaintiffs assented to Proposed Amici's request for leave to file the attached brief. DOJ represented Defendants' position as follows: "Because Defendants will not have an opportunity to respond, they do not consent to leave."

Dated: May 27, 2025               Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Brendan T. Jarboe
Brendan Jarboe

/s/Brendan Jarboe
Brendan Jarboe (BBO #691414)
**BLOCK & LEVITON, LLP**
260 Franklin St., Ste. 1860
Boston, MA 02110
Telephone: (617) 398-5600
brendan@blockleviton.com

Donald K. Sherman (D.C. Bar No. 90031810)
(*pro hac vice* motion forthcoming)
John B. Hill (PA Bar No. 328340)
(*pro hac vice* motion forthcoming)
Kalyn Mizelle McDaniel (D.C. Bar No. 90027120)
(*pro hac vice* motion forthcoming)
**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
dsherman@citizensforethics.org
jhill@citizensforethics.org
kmcdaniel@citizensforethics.org

*Counsel for Proposed Amici*