IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>*Defendants*. | No. 1:25-cv-10810-DJC |

## [~~PROPOSED~~] ORDER SETTING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS

Pursuant to the Parties' stipulation, the Court enters the following deadlines related to Defendants' motion to dismiss filed on June 13, 2025 (ECF No. 109):

- By July 11, 2025, Plaintiff States must either file an opposition to the pending motion to dismiss or file an amended complaint;

- If Plaintiff States file an amended complaint, then Defendants' pending motion to dismiss will be rendered moot, and their deadline to file a subsequent responsive pleading or motion will be July 25, 2025; and

- If Plaintiff States file an opposition to the pending motion to dismiss, then Defendants may file a reply brief no later than July 25, 2025.

**SO ORDERED** this  26th  day of  June , 2025

By:  _____
Hon. Denise J. Casper
United States District Judge