UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al., ) ) ) Plaintiffs ) ) v. ) ) ) DONALD TRUMP, et al., ) ) ) Defendants. ) ) | No. 25-cv-10810-DJC |

Amended **ORDER OF PRELIMINARY INJUNCTION**

**CASPER, J.**                                                                                                             **June 13, 2025**
amended July 18, 2025

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and for the reasons explained by the Court in its Memorandum and Order, D. 107 (entered June 13, 2025), the Court finds that Plaintiff States are likely to succeed on the merits of their claims in their motion for preliminary injunction, D. 75, that Section 2(a), Section 2(d), Section 3(d), Section 7(a), and Section 7(b) of Executive Order No. 14248 are unlawful and unconstitutional; that Plaintiffs will suffer irreparable harm absent the preliminary injunctive relief granted herein; that the balance of equities and public interest favor granting this injunctive relief; and, a bond is not warranted here.

Accordingly, the Court hereby **ALLOWS** Plaintiff States' motion for preliminary injunction, D. 75, and Defendants, their officers, agents, servants, and employees, other than the President, are enjoined from:

(1) implementing Section 2(a) of the Executive Order that mandates that the EAC require documentary proof of citizenship in the federal voter registration form and that the States

record information concerning such documentary proof;

(2) implementing Section 3(d) of the Executive Order that requires Defendant Secretary of Defense to update the federal postcard application to require documentary proof of citizenship and proof of eligibility to vote in a particular State;

(3) implementing Section 2(d) that requires the head of each federal voter registration executive department or agency to assess citizenship prior to providing the federal voter registration form to enrollees of public assistance programs X as to the Plaintiff States; /djc/

(4) implementing civil or criminal enforcement actions pursuant to Section 7(a) of the Executive Order as to the Ballot Receipt States (Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York and Rhode Island); and

(5) implementing Section 7(b) of the Executive Order, which conditions any available funding from the EAC to the States on the adoption of a ballot receipt deadline of Election Day, against the Ballot Receipt States (Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Hawaii, Illinois, Maryland, Michigan, New Jersey, New Mexico, New York and Rhode Island).

This Order shall remain in effect unless and until modified by the Court.

**SO ORDERED.**

By:   /s Denise J. Casper
        United States District Judge