UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10810 (DJC) |

# **DEFENDANTS' ASSENTED-TO MOTION TO EXTEND FILING DEADLINE FROM 6 P.M. TO 12 A.M.**

Defendants respectfully move this Court for a six-hour extension of time, from 6 p.m. to 12 a.m., to file their reply in support of their motion to dismiss in this case.

Defendants recognize that, pursuant to Local Rule 5.4(d), a document must be filed prior to 6:00 p.m. to be considered timely filed that day. Defendants are working diligently to prepare their reply in support of their motion to dismiss but necessitate a brief extension of time to confer with counsel for the agencies and to complete their review process.

No party will be prejudiced by this brief extension of time, as Plaintiffs have assented to the relief requested herein.

WHEREFORE, Defendants respectfully request an extension of time, up to and including 12:00 a.m. on July 26, 2025, to file their reply.

1

Dated: July 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

LESLEY FARBY
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Bridget O'Hickey, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: July 25, 2025

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General