# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

        *Plaintiffs*,

  v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,

        *Defendants*.

Case No. 1:25-cv-10810 (DJC)

## NOTICE OF APPEAL

Notice is hereby given that Defendants Donald J. Trump, et al., hereby appeal to the United States Court of Appeals for the First Circuit the preliminary injunction entered by this Court on June 13, 2025 (Dkt. No. 108), as amended (Dkt. No. 116), and the Memorandum and Order entered by this Court on June 13, 2025 (Dkt. No. 107).

| | |
|---|---|
| Dated: July 31, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division, Federal Programs Branch<br><br>/s/ *Bridget K. O'Hickey*<br>BRIDGET K. O'HICKEY<br>Counsel to the Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 353-8679<br>Bridget.K.O'Hickey@usdoj.gov<br><br>NICOLE M. O'CONNOR<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3112<br>Nicole.O'Connor@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Bridget O'Hickey, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

| | |
|---|---|
| Dated: July 31, 2025 | /s/ *Bridget K. O'Hickey*<br>BRIDGET K. O'HICKEY<br>Counsel to the Assistant Attorney General |