# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of California et al v. Trump et al

District Court Number: 25cv10810-DJC

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending   Yes _X_ No ____   Sealed documents   Yes ____ No _X_
If yes, document # 109                If yes, document # ____

Ex parte documents   Yes ____ No _X_   Transcripts   Yes _X_ No ____
If yes, document # ____                If yes, document # 104

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#107 Memorandum and Order, #108 Order of Preliminary Injunction, #116 Amened Order of Preliminary Injunction

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#107, #108, #116, and #123

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 123 filed on July 31, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 31, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**