UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>        *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10810 (DJC) |

### DEFENDANTS' ASSENTED-TO MOTION TO EXTEND ANSWER DEADLINE

Defendants respectfully move this Court for an extension of time to answer Plaintiffs' complaint in this case.

Under Federal Rule of Civil Procedure 12(a)(4)(A), because this Court denied Defendants' motion to dismiss on September 17, 2025, Defendants' answer is due October 1, 2025. Defendants are working diligently to prepare their answer but are currently managing a heavy caseload and require additional time to confer with counsel for the agencies and to complete their review process. Plaintiffs have assented to the relief requested herein.

WHEREFORE, Defendants respectfully request an extension of time, up to and including October 22, 2025, to answer Plaintiffs' complaint.

Dated: September 24, 2025                    Respectfully submitted,

                                                                                 BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Bridget O'Hickey, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: September 24, 2025                    /s/ *Bridget K. O'Hickey*
                                                                                   BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General