UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-10810 (DJC) |

## DEFENDANTS' MOTION FOR A STAY IN LIGHT OF THE LAPSE IN APPROPRIATIONS

　　　　Defendants hereby move for a stay of all upcoming deadlines, including the October 22, 2025, deadline to file an answer, in the above-captioned case.

　　　　1.　　At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

　　　　2.　　Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

　　　　3.　　Undersigned counsel for the Department of Justice therefore requests a stay of all upcoming deadlines, including the October 22, 2025, deadline to file an answer, until Congress has restored appropriations to the Department.

　　　　4.　　If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that all current deadlines for the parties be extended by the number of days equal to the length (in days)

of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days.

5.   Plaintiffs oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all upcoming deadlines, including the October 22, 2025, deadline to file an answer, in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 6, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

## CERTIFICATE OF SERVICE

I, Bridget O'Hickey, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: October 6, 2025                           /s/ *Bridget K. O'Hickey*
                                                 BRIDGET K. O'HICKEY
                                                 Counsel to the Assistant Attorney General