UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-10810-DJC |

**DEFENDANTS' MOTION FOR CLARIFICATION**

Defendants respectfully move this Court for clarification regarding its Order dated October 15, 2025 (Doc. 143) in which it granted Defendants' Motion for a Stay in Light of the Lapse in Appropriations (Doc. 140) but "only until 10/31/25".[1]

Defendants' Motion for a Stay requested that "all current deadlines for the parties be extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days." Doc. 140 ¶ 4. The parameters of Defendants' requested stay mirror those directed by the U.S. District Court for the District of Columbia by Standing Order. *See* Standing Order No. 25-55 (JEB), *available at* https://www.dcd.uscourts.gov/sites/dcd/files/Executive%20Order%2025-55.pdf (Oct. 1, 2025).

---

[1] At the time Defendants filed their Motion for a Stay, pending deadlines included Defendants' deadline to answer the Complaint and the parties' Rule 26(f) report.

1

Plaintiffs initially opposed Defendants' Motion for a Stay (*see* Doc. 141) but subsequently withdrew their opposition (Doc. 142 at 2).

Because of the relief requested in their Motion to Stay, Defendants seek clarification about the import of the Court's October 15, 2025, Order (Doc. 143). Specifically, Defendants seek guidance on whether the Court's Order means that the Court considers the length of the "lapse" to be from October 1, 2025, to October 31, 2025, such that all deadlines would be stayed by a period of 31 + 10 days (in accordance with the relief requested in Defendants' unopposed Motion at paragraph 4). Thereby, for example, Defendants' answer to the complaint would be due Thursday, December 11. Or, alternatively, whether the Court's Order means that the Court effectively denied the relief requested in Defendants' Motion, such that the case is stayed only until October 31, 2025, and Defendants' answer to the Complaint is due that day, despite that the case is currently stayed.

Defendants thank the Court for its clarification regarding its Order.

Respectfully submitted:

LEAH B. FOLEY
United States Attorney


*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
District of Massachusetts
1 Courthouse Way, Suite 9200
617-748-3112
Nicole.O'Connor@usdoj.gov

## 7.1 CERTIFICATION

    I, Nicole M. O'Connor, hereby certify that counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in this motion. Counsel for Plaintiffs indicated that Plaintiffs did not oppose Defendants' motion for clarification.

Dated: October 17, 2025　　　　　　　　　　　　　　*/s/ Nicole M. O'Connor*
　　　　　　　　　　　　　　　　　　　　　　　　　　Nicole M. O'Connor
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: October 17, 2025　　　　　　　　　　　　　　*/s/ Nicole M. O'Connor*
　　　　　　　　　　　　　　　　　　　　　　　　　　Nicole M. O'Connor
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney