UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as, President of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-10810 |

## NOTICE OF WITHDRAWAL

Pursuant to L.R. 83.5.2, please withdraw my appearance in the above-captioned case as counsel for Defendants.

Respectfully submitted,

Dated: October 24, 2025

/s/ Bridget K. O'Hickey
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

1

## CERTIFICATE OF SERVICE

    I, Bridget K. O'Hickey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 24, 2025                                  By: /s/ *Bridget K. O'Hickey*
                                                                       Bridget K. O'Hickey