**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>      *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>      *Defendants.* | No. 1:25-cv-10810-DJC |

**THE PARTIES' JOINT RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), Plaintiff States and Defendants jointly submit the following statement and litigation plan.

**Prior Proceedings in this Case**

On March 25, 2025, Defendant President Donald Trump issued Executive Order No. 14248, entitled "Preserving and Protecting the Integrity of American Elections."  90 Fed. Reg. 14005.  On April 3, Plaintiff States California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and Wisconsin brought suit challenging six provisions of the Executive Order related to proof of citizenship and ballot receipt deadlines as violations of the horizontal and vertical Separation of Powers.  D. 1.  On June 13, the Court granted Plaintiff States' motion for a preliminary injunction on five of those provisions.  D. 107, 108.  On July 18, at Defendants' request, the Court modified one of the provisions of the injunction.  D. 115, 116.  On July 31, Defendants filed a notice of appeal as to the preliminary injunction.  D. 123.  On September 17, the Court denied Defendants' motion to dismiss the complaint.  D. 132.

A temporary stay entered by the Court at Defendants' request due to the lapse in appropriations expires tomorrow, October 31.  D. 143, 146.

**Rule 26(f) Conferences and the Parties' Jointly Proposed Litigation Plan**

The Parties held their Rule 26(f) conference on October 8 to discuss litigation plans for this matter.  Additionally, the Parties further met and conferred on October 24.  The Parties agreed that the case may be resolved by cross-motions for summary judgment without a discovery period or discovery provided by the opposing side under the Federal Rules, including any discovery authorized under Rule 56(d), assuming no change in the underlying facts of the case. Both Parties noted that the merits issues in the case present pure questions of law, which the Parties have already briefed in connection with the motion for a preliminary injunction and the motion to dismiss.  Accordingly, the Parties believe that the dispositive cross-motions can be

adequately briefed simultaneously with one set of opening briefs and one set of responding briefs.

Plaintiff States informed Defendants on October 8 that they planned to support their motion for summary judgment with declarations and documents, and they reiterated that plan on October 24. Defendants reserve their right to attach appropriate documents (including declarations) in support of their motion for summary judgment.

For purposes of their cross motions on summary judgment, no Party will submit a declaration from an expert who would be subject to the requirement to disclose a report under Rule 26(a)(2)(B).

At Defendants' request, Plaintiff States agreed to Defendants' proposal to suspend the deadlines for both the Answer and the Parties' deadline for Rule 26(a)(1) initial disclosures until after the conclusion of summary judgment, if the case is not resolved at that point.

**Proposed Deadlines**

The Parties therefore jointly propose the following briefing schedule and request that the Court so order:

- Cross motions for summary judgment shall be due on December 12 at 6 p.m. Eastern Time. Each Party's Memorandum of Law may be no more than 35 pages.
- Responding briefs regarding summary judgment shall be due on January 20 at 6 p.m. Eastern Time. Each Party's Memorandum of Law may be no more than 30 pages.
- Defendants' deadline to file their Answer shall be suspended until 30 days following the Court's order on the Parties' cross motions for summary judgment, if that order does not fully resolve the claims.
- The Parties' deadline to serve Rule 26(a) disclosures shall be suspended until 30 days following the Court's order on the Parties' cross motions for summary judgment, if that order does not fully resolve the claims.
- In the event either party believes that changed underlying facts establish good cause for discovery (*see supra* at 2), the parties shall together propose a revised, agreed-

upon case schedule; or, if agreement cannot be reached, the parties shall notify the Court of their respective positions. The parties agree and understand that the schedule set forth herein for summary judgment would need to be extended if discovery were deemed necessary.

Dated: October 30, 2025                                    Respectfully Submitted,

**ROB BONTA**
Attorney General of California

By: */s/ Michael S. Cohen*
\*Michael S. Cohen
    Deputy Attorney General
\*Thomas S. Patterson
    Senior Assistant Attorney General
\*Anne P. Bellows
\*Malcolm A. Brudigam
\*Kevin L. Quade
\*Lisa C. Ehrlich
Nicholas R. Green (BBO No. 698510)
    Deputy Attorneys General
Office of the California Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA 94244
(916) 210-6090-3847
Michael.Cohen@doj.ca.gov
*Counsel for the State of California*
\**Admitted pro hac vice*

(*additional counsel for Plaintiff States listed on following pages*)

October 30, 2025                              Respectfully submitted.

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Marianne F. Kies*
Marianne Kies
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW Washington, DC 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

*Attorneys for Defendants*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
   Solicitor General
Craig Newby*
   First Assistant Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
   First Assistant Attorney General
Anne Sterman (BBO No. 650426)
   Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
   Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
   Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
   Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

6

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
   Solicitor General
Peter Baumann*
   Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/ Maura Murphy*
Maura Murphy*
   Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
   Deputy Attorney General
Vanessa L. Kassab
   Deputy Attorney General
Ian R. Liston
   Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
   Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
   Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Alex Hemmer*
Alex Hemmer*
   Deputy Solicitor General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
Alex.Hemmer@ilag.gov
*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
   Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
   Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Heather S. Meingast*
   Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
   Deputy Solicitor General
Angela Behrens*
   Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
   Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
   Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
   Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ James J. Arguin
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Ryan P. Kane
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ Charlotte Gibson
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*\*Admitted pro hac vice or pro hac vice applications forthcoming*


## CERTIFICATE OF SERVICE

I, Michael S. Cohen, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  October 30, 2025                             /s/ Michael S. Cohen
                                                     Michael S. Cohen
                                                     Deputy Attorney General
                                                     *Counsel for the State of California*