UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10810 (DJC) |

**CONSENT MOTION TO WAIVE PORTIONS OF LOCAL RULE 56.1**

Defendants respectfully request that this Court waive the portion of Local Rule 56.1 that would require Defendants to submit a "concise statement of the material facts" along with their forthcoming Motion for Summary Judgment. Loc. R. 56.1. Plaintiffs consent to the relief requested in this motion.

Local Rule 56.1 requires all parties moving for summary judgment to "include a concise statement of the material facts of record as to which the moving party contends there is no genuine issue to be tried." *Id.* The Rule's requirement for a statement of material facts "was adopted to expedite the process of determining which facts are genuinely in dispute, so that the court may turn quickly to the usually more difficult task of determining whether the disputed issues are material." *Butters v. Wells Fargo Advisors, LLC*, 2012 WL 5959986, at *1 (D. Mass. Nov. 27, 2012). Defendants submit that the reasons for this requirement do not apply to their forthcoming motion for summary judgment. As has been true of Defendants' previous filings, the forthcoming motion will raise legal issues regarding the scope of Executive Order 14,248 and its interaction with various statutes. Defendants will also make contentions about the President's Article II power vis-à-vis the same statutes.

These issues are legal in nature such that the Court will not need to determine which facts are material for purposes of Defendants' motion. Moreover, the parties have proceeded directly to summary-judgment briefing without conducting any discovery. Defendants thus have no factual record to which their motion can point beyond the text of Executive Order and the publicly known fact of its promulgation.

Accordingly, Defendants believe that a Rule 56.1 statement of material facts is unnecessary for their forthcoming motion, and they respectfully ask this Court to waive that requirement for purposes of that motion. Defendants reserve the right to rebut any factual statements Plaintiffs make, including via a statement of material facts as part of Defendants' opposition to Plaintiff's forthcoming motion for summary judgment. *See* Joint Status Report, ECF No. 149, at 3.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred with Plaintiffs' counsel regarding this motion. Plaintiffs represented that they consent to the relief requested in this motion.

Dated: December 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Marianne F. Kies*
MARIANNE F. KIES
CHRISTIAN DIBBLEE
Trial Attorneys

2

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Marianne.F.Kies@usdoj.gov
202-353-1819

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I, Marianne F. Kies, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: December 10, 2025　　　　　　　　　　　　　　　　/s/ *Marianne F. Kies*
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIANNE F. KIES
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney