IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

                *Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,

                *Defendants.*

No. 1:25-cv-10810-DJC

**STIPULATION REGARDING VOLUNTARY CONDITIONAL DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CHALLENGES TO SECTION 2(d) OF THE EXECUTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs California, Nevada,

Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland,

Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and Wisconsin (Plaintiff States), and Defendants Donald Trump, Pamela Bondi, U.S. Election Assistance Commission, Donald Palmer, Thomas Hicks, Christy McCormick, Benjamin Hovland, and Pete Hegseth (Defendants), by and through their respective counsel of record, hereby submit this joint stipulation regarding voluntary dismissal:

*Whereas*, on March 25, 2025, Defendant President Donald J. Trump issued Executive Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*" ("EO").

*Whereas*, Section 2(d) of the EO states that "[t]he head of each Federal voter registration executive department or agency (agency) under the National Voter Registration Act, 52 U.S.C. 20506(a), shall assess citizenship prior to providing a federal voter registration form to enrollees of public assistance programs."

*Whereas*, on April 3, 2025, Plaintiff States filed a complaint, alleging that Section 2(d) of the EO, if extended to State and local agencies designated under the NVRA, is ultra vires and unconstitutionally commandeers State personnel and resources. D. 1, ¶¶ 9, 49(b), 92.

*Whereas*, on June 13, 2025, the Court issued a preliminary injunction, enjoining Defendants from "implementing Section 2(d)" on the grounds that "[n]either the Constitution nor the NVRA . . . affords the President the power to conscript states (here, voter registration agencies in the States that include public assistance agencies) to carry out his Executive Order mandates." D. 107 at 24-25; D. 108 at 2.

*Whereas*, on June 13, 2025, shortly after the Court issued its preliminary injunction, Defendants filed a motion to dismiss, affirmatively representing that Section 2(d) of the EO "does not state that it applies to Plaintiff States, who are neither federal departments or agencies

nor enrollees of public assistance programs." D. 109 at 9-10. Defendants further argued, "[b]ecause section 2(d) does not apply to Plaintiffs, they lack standing to challenge this provision." *Id.* at 10.

*Whereas*, in its order on the motion to dismiss, the Court acknowledged that the wording of Section 2(d) "leav[es] some ambiguity over to which voter registration agencies § 2(d) applies." D. 132 at 14; *see generally id.* at 13-17.

*Whereas*, the Plaintiffs are willing to dismiss their claim challenging Section 2(d), without prejudice, pursuant to a binding Court order clarifying that the provision does not apply to a Plaintiff State or its designated state or local voter registration agencies under 52 U.S.C. § 20506(a).

NOW THEREFORE, the Parties stipulate to dismissal without prejudice of Plaintiffs' challenge to Section 2(d) subject to the following terms:

- The Parties stipulate and the Court orders that Section 2(d) of the EO, which requires the heads of Federal voter registration agencies to assess citizenship prior to providing a Federal voter registration form to enrollees of public assistance programs, does not have any application to any state or local agency.

- Defendants stipulate that no Defendant will take any action pursuant to the Executive Order to require a Plaintiff State or its designated state or local voter registration agencies under 52 U.S.C. § 20506(a) to assess a person's citizenship prior to providing them with a federal voter registration form.

- Plaintiff States' challenges to Section 2(d) of the EO are dismissed without prejudice subject to Defendants' agreement that this provision has no application to state or local agencies.

- This Court shall retain jurisdiction to enforce the terms of dismissal set out herein for a period of four years from the date of the entry of the order.

IT IS SO STIPULATED.

December 11, 2025

Respectfully submitted.

ROB BONTA
  ATTORNEY GENERAL OF CALIFORNIA

 */s/ Anne P. Bellows*
  Anne P. Bellows*
    Deputy Attorney General
  Thomas S. Patterson*
    Senior Assistant Attorney General
  Michael S. Cohen*
  Malcolm A. Brudigam*
  Kevin L. Quade*
  Lisa Ehrlich*
  Nicholas R. Green (BBO No 698510)
    Deputy Attorneys General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3847
Anne.Bellows@doj.ca.gov
*Counsel for the State of California*
 *Admitted pro hac vice

*(additional counsel on following pages)*

4

December 11, 2025                                    Respectfully submitted.

                                                        BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Marianne Kies*
Marianne Kies
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW Washington, DC 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

*Attorneys for Defendants*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
   Solicitor General
Peter Baumann*
   Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/  Maura Murphy*
Maura Murphy*
   Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
   Deputy Attorney General
Vanessa L. Kassab
   Deputy Attorney General
Ian R. Liston
   Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
   Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
   Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
**Attorney General for the State of Illinois**

By: */s/ Vikas Didwania*
Vikas Didwania*
   Complex Litigation Counsel
Elizabeth B. Scott*
   Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3316
Vikas.Didwania@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
   Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Danny Haidar*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso\*
Jonathan Mangel\*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*


**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson\*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty\*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*Admitted pro hac vice

11

**SO ORDERED** this _____ day of _____, 2025

By: _____
Hon. Denise J. Casper
United States District Judge

## CERTIFICATE OF SERVICE

I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated: December 11, 2025                                */s/ Anne P. Bellows*
Anne P. Bellows
Deputy Attorney General
*Counsel for the State of California*

12