IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>      *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>      *Defendants.* | No. 1:25-cv-10810-DJC |

**PLAINTIFF STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

  Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and Wisconsin (Plaintiff States) hereby respectfully move, pursuant to

Federal Rule of Civil Procedure 56 and Local Rule 7.1, for an order granting partial summary judgment against Defendants Donald J. Trump, in his official capacity as President of the United States; Pamela Bondi, in her official capacity as Attorney General of the United States; the United States Election Assistance Commission (EAC); Donald L. Palmer, in his official capacity as Chairman of the EAC; Thomas Hicks, in his official capacity as Vice Chair of the EAC; Christy McCormick and Benjamin W. Hovland, in their official capacities as EAC Commissioners; and Pete Hegseth, in his official capacity as Secretary of Defense (Defendants). As detailed below, Plaintiff States respectfully move for declaratory relief against all Defendants on Causes of Action One, Two, Three, Five, Six, and Seven, and move to permanently enjoin all Defendants (except the President), their officers, agents, servants, and employees from implementing or enforcing Sections 2(a), 3(d)(i), 7(a), and 7(b) of Executive Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*" (EO).[1]

All Plaintiff States except Wisconsin move for summary judgment and declaratory relief as to EO Section 2(a) on the grounds that it is ultra vires, a violation of the constitutional separation of powers, contrary to the National Voter Registration Act of 1993 (NVRA), and unlawfully commandeers States and their instrumentalities to administer a voter registration requirement unsupported by federal statute.

All Plaintiff States move for summary judgment and declaratory relief as to EO Section 3(d)(i) on the grounds that it is ultra vires, a violation of the constitutional separation of powers, and contrary to the Uniformed and Overseas Citizens Absentee Voting Act, and because it unlawfully commandeers States and their instrumentalities to administer a voter registration

---

[1] Due to Arizona's unique legal requirements, the State does not join the Second Cause of Action. Plaintiff States do not move on the Seventh Cause of Action as to EO Section 2(d), which the parties stipulated to dismiss without prejudice. *See* D. 160. Plaintiff States also do not move on the Fourth Cause of Action at this time.

requirement unsupported by federal statute.

Arizona, California, Colorado, Hawaiʻi, Illinois, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New Mexico, New York, and Rhode Island (Ballot Receipt Plaintiffs) move for summary judgment and declaratory relief as to EO Section 7(a) on the grounds that it is ultra vires and a violation of the vertical and horizontal separation of powers in the Constitution.

Ballot Receipt Plaintiffs move for summary judgment and declaratory relief as to EO Section 7(b) on the grounds that it is ultra vires and a violation of the vertical and horizontal separation of powers in the Constitution.

As described in the accompanying memorandum in support of this motion, Plaintiff States are entitled to summary judgment on their claims that Sections 2(a), 3(d)(i), 7(a), and 7(b) of the EO are unlawful. These provisions constitute an unprecedented attempt by the President to usurp power over federal elections that rightfully belongs to (and has been exercised by) the States and Congress. There is no genuine dispute as to any material fact, and thus Plaintiff States are entitled to judgment as a matter of law. As to each of the EO provisions at issue in this motion, permanent injunctive relief is also necessary to safeguard the relevant Plaintiff States from immediate and irreparable harm, including being forced to divert their limited resources to implement the challenged unlawful EO provisions, harm to their reputation and goodwill as stewards of federal elections, and loss of funding. In addition to the imminent and substantial harms to Plaintiff States, the balance of equities and public interest weigh strongly in favor of a permanent injunction that forecloses the EO's unlawful attempt to fundamentally restructure how federal elections are administered. This motion is supported by an accompanying memorandum of law, by declarations, which are submitted as attachments, by a request for judicial notice, and any oral argument.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff States believe that oral argument would assist the Court because this case concerns complicated and important issues affecting the public interest. Thus, Plaintiff States wish to be heard on their motion for partial summary judgment.

**WHEREFORE**, Plaintiff States pray that the Court:

(1)  Grant declaratory relief against Defendants President Donald J. Trump, Attorney General Pamela Bondi, the U.S. Election Assistance Commission, Chairman Donald L. Palmer, Vice Chair Thomas Hicks, Commissioners Christy McCormick and Benjamin W. Hovland, and Secretary of Defense Pete Hegseth, declaring that Sections 2(a), 3(d)(i), 7(a), and 7(b) of the EO are legally void as ultra vires, unconstitutionally violate the separation of powers, and are contrary to pertinent federal statutes.

(2)  Permanently enjoin Defendants U.S. Election Assistance Commission, Chairman Donald L. Palmer, Vice Chair Thomas Hicks, and Commissioners Christy McCormick and Benjamin W. Hovland (EAC Defendants) from implementing Section 2(a) of the EO to require documentary proof of citizenship as part of the federal mail-in voter registration form provided for in 52 U.S.C. § 20508.  Plaintiff States except Arizona pray that the Court further permanently enjoin EAC Defendants from otherwise taking any steps to require documentary proof of citizenship as part of the federal mail-in voter registration form provided for in 52 U.S.C. § 20508.

(3)  Permanently enjoin Defendant Secretary of Defense Pete Hegseth from implementing Section 3(d)(i) of the EO or otherwise altering the federal post card form provided for in 52 U.S.C. § 20301(b)(2) to require documentary proof of citizenship.

(5)  Permanently enjoin Defendant Attorney General Pamela Bondi from implementing

4

Section 7(a) of the EO as to Ballot Receipt Plaintiffs or otherwise taking any actions to enforce a ballot receipt deadline of Election Day against those States; and

(6) Permanently enjoin EAC Defendants from implementing Section 7(b) of the EO as to Ballot Receipt Plaintiffs, or otherwise conditioning formula grant funding (including election security grants) to those States on their adoption of a ballot receipt deadline of Election Day.

December 12, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California

/s/ *Anne P. Bellows*
Anne P. Bellows*
   Deputy Attorney General
Thomas S. Patterson*
   Senior Assistant Attorney General
Michael S. Cohen*
Malcolm A. Brudigam*
Kevin L. Quade*
Lisa C. Ehrlich*
Nicholas R. Green (BBO No 698510)
   Deputy Attorneys General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3847
Anne.Bellows@doj.ca.gov
*Counsel for the State of California*
 *Admitted pro hac vice*

*(additional counsel on following pages)*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
Kiel B. Ireland
    Chief of Special Litigation
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
   Solicitor General
Peter Baumann*
   Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/ Maura Murphy*
Maura Murphy*
   Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
   Deputy Attorney General
Vanessa L. Kassab
   Deputy Attorney General
Ian R. Liston
   Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
   Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
   Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
   Complex Litigation Counsel
Elizabeth B. Scott*
   Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3316
Vikas.Didwania@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
   Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
   Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*\*Admitted pro hac vice*


### 7.1 CERTIFICATION

    I, Anne P. Bellows, hereby certify that counsel for Plaintiff States conferred with counsel for Defendants by email and via virtual conference on December 11, 2025. Through this meet and confer, the Parties reached a resolution as to Section 2(d) of the Executive Order, reflected in the Stipulation Regarding Voluntary Conditional Dismissal Without Prejudice of Plaintiffs' Challenges to Section 2(d) of the Executive Order filed on December 11, 2025. D. 160. We were unable to resolve or narrow the remaining issues for review.

Dated: December 12, 2025　　　　　　　　　　　*/s/ Anne P. Bellows*
　　　　　　　　　　　　　　　　　　　　　　Anne P. Bellows
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　*Counsel for the State of California*


### CERTIFICATE OF SERVICE

    I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated: December 12, 2025　　　　　　　　　　　*/s/ Anne P. Bellows*
　　　　　　　　　　　　　　　　　　　　　　Anne P. Bellows
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　*Counsel for the State of California*