**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>*Defendants.* | No. 1:25-cv-10810-DJC |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR**

**PARTIAL SUMMARY JUDGMENT**

Plaintiff States respectfully request, pursuant to Federal Rule of Evidence 201, that the

Court take judicial notice of Exhibits A-O attached to the accompanying Declaration of Anne P.

1

Bellows, Exhibits A-B attached to the accompanying declaration of Garrett Sanborn, and publications in the Federal Register cited in Plaintiffs' Separate Statement of Undisputed Material Facts. Each exhibit and Federal Register publication is officially published by a governmental body and available publicly, and thus clearly subject to judicial notice.

Under Federal Rule of Evidence 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Ev. 201(b); *see also Pietrantoni v. Corcept Therapeutics Inc.*, 640 F. Supp. 3d 197, 204 (D. Mass. 2022). "If a party requests a court to take judicial notice of such a fact and provides it with all of the necessary information, judicial notice must be taken, Fed. R. Evid. 201(c)." *Piper v. Talbots, Inc.*, 507 F. Supp. 3d 339, 343 (D. Mass. 2020) (citing *In re Colonial Mortgage Bankers Corp.*, 324 F.3d 12, 20 (1st Cir. 2003)).

Courts regularly take judicial notice of information from public websites. *See Piper*, 507 F. Supp. 3d at 343 (taking judicial notice of printouts that "emanate from website postings that are publicly accessible and are, thus, readily verifiable through an internet search" and whose authenticity is not contested). Specifically, courts may take judicial notice of factual and statistical information published on governmental websites. *See Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking judicial notice of factual information on official government website); *Cox v. City of Boston*, 734 F. Supp. 3d 173, 177 n.1 (D. Mass. 2024) (taking judicial notice of factual information published on governmental website "[b]ecause the accuracy of this information (as opposed to editorial judgments and conclusions) 'cannot reasonably be questioned'"). Moreover, courts may take judicial notice of "official public records," *Watterson v. Page*, 987 F.2d 1, 3 (1st Cir. 1993), "generally available government records," *Lussier v. Runyon*, 50 F.3d 1103, 1114 (1st Cir. 1995), and official governmental regulations, *Northern Heel Corp. v. Compo Indus. Inc.*, 851 F.2d 456, 468 (1st Cir. 1988). Additionally, "[i]t is well-accepted that federal courts may take judicial notice of proceedings in

other courts if those proceedings have relevance to the matters at hand." *Kowalski v. Gagne*, 914 F.2d 299, 305 (1st Cir. 1990) (collecting cases).

Bellows Declaration Exhibits A-O and Sanborn Declaration Exhibits A-B are all judicially noticeable because they are available on public, governmental websites or are records from judicial proceedings.

Bellows Declaration Exhibit A, the official list of members of the EAC from the EAC website, is subject to judicial notice as factual information published on a governmental website. *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1.

Bellows Declaration Exhibits B and D, the official versions of the Federal Form and Post Card Form that are accessed through public governmental websites, are subject to judicial notice as official public records. *See Watterson*, 987 F.2d at 3; *Lussier*, 50 F.3d at 1114.

Bellows Declaration Exhibit C, excerpts of the transcript from the preliminary injunction hearing in *League of United Latin American Citizens, et al. v. Executive Office of the President, et al.* (D.D.C. Nos. 25-0946, 25-0952, 25-0955), is subject to judicial notice as a record of proceedings in another court that has "relevance to the matters at hand." *Kowalski*, 914 F.2d at 305; *see also Berkshire-Cranwell Ltd. P'ship v. Tokio Marine & Nichido Fire Ins. Co.*, 874 F. Supp. 2d 41, 49-50 & n.3 (D. Mass. 2012) (taking judicial notice of disclosures made at a hearing in another case).

Bellows Declaration Exhibit E, the official public testimony of the Ohio Secretary of State to the Ohio State Senate, which is posted publicly on the official governmental website, is subject to judicial notice both as legislative testimony and publicly available governmental information. *See Territory of Alaska v. Am. Can Co.*, 358 U.S. 224, 226-227 (1959) (taking judicial notice of legislative history); *Gent*, 611 F.3d at 84 n.5 (taking judicial notice of information publicly available on governmental website).

Bellows Declaration Exhibits F, G, and H, factual and statistical information about the levels of federal funding states have received from the EAC, are subject to judicial notice as

3

factual information published on a governmental website.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1.

Bellows Declaration Exhibit I, an official government report issued by the U.S. Government Accountability Office and publicly available on its governmental website, is subject to judicial notice as an official public record.  *Watterson*, 987 F.2d at 3; *see also Gent*, 611 F.3d at 84 n.5.

Bellows Declaration Exhibit J, a press release from the State of Indiana Secretary of State's Office available on its governmental website, is subject to judicial notice as an official public record.  *Watterson*, 987 F.2d at 3; *see also Gent*, 611 F.3d at 84 n.5.

Bellows Declaration Exhibit K, factual information regarding electoral turnout in the State of Indiana on the official Indiana Secretary of State's Office website, is subject to judicial notice as factual information published on a governmental website.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1.

Bellows Declaration Exhibits L, M, and N, factual information regarding the number of valid passports in circulation, passport fees, and passport processing times available on the official U.S. Department of State website, are subject to judicial notice as factual information published on a governmental website.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1.

Bellows Declaration Exhibit O, an official government report issued by the U.S. Postal Service and publicly available on its governmental website, is subject to judicial notice as an official public record.  *Watterson*, 987 F.2d at 3; *see also Gent*, 611 F.3d at 84 n.5.

Sanborn Declaration Exhibits A and B, Department of Defense webpages showing images of the Common Access Card and Uniformed Services ID Card and related information, are both subject to judicial notice as factual information published on a governmental website.  *See Gent*, 611 F.3d at 84 n.5; *Cox*, 734 F. Supp. 3d at 177 n.1.

Finally, Plaintiffs' Separate Statement of Undisputed Material Facts (PSUF) cites several portions of the Federal Register, the official journal of the federal government:  90 Fed. Reg.

14005 (March 25, 2025) (Exec. Order No. 14,248, *Preserving and Protecting the Integrity of American Elections*), *cited in* PSUF ¶ 4; 53 Fed. Reg. 21,975 (June 8, 1988) (Exec. Order No. 12,642, designating the Secretary of Defense as the UOCAVA presidential designee), *cited in* PSUF ¶ 24; and 89 Fed. Reg. 2118 (Mar. 29, 2024) (Census Bureau's *Estimates of the Voting-Age Population for 2023*), *cited in* PSUF ¶ 53.  The Federal Register is subject to judicial notice. 44 U.S.C. § 1507 ("contents of the Federal Register shall be judicially noticed"); *see also Green v. United States*, 176 F.2d 541, 544 (1st Cir. 1949) (taking judicial notice of Postmaster General regulations posted in Federal Register); *Watterson*, 987 F.2d at 3.

For these reasons, Plaintiff States respectfully request that the Court take judicial notice of Bellows Declaration Exhibits A-O, Sanborn Declaration Exhibits A-B, and the publications in the Federal Register cited in Plaintiffs' Separate Statement of Undisputed Material Facts.

| | |
|---|---|
| December 12, 2025 | Respectfully submitted,<br><br>**ROB BONTA**<br>Attorney General of California<br><br>/s/ *Anne P. Bellows*<br>  Anne P. Bellows*<br>    Deputy Attorney General<br>  Thomas S. Patterson*<br>    Senior Assistant Attorney General<br>  Michael S. Cohen*<br>  Malcolm A. Brudigam*<br>  Kevin L. Quade*<br>  Lisa Ehrlich*<br>  Nicholas R. Green (BBO No 698510)<br>    Deputy Attorneys General<br>Office of the California Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 510-3847<br>Anne.Bellows@doj.ca.gov<br>*Counsel for the State of California*<br> *Admitted pro hac vice*<br><br>*(additional counsel on following pages)* |

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
Kiel B. Ireland
    Chief of Special Litigation
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    Solicitor General
Peter Baumann*
    Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/ Maura Murphy*
Maura Murphy*
    Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
    Deputy Attorney General
Vanessa L. Kassab
    Deputy Attorney General
Ian R. Liston
    Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
   Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
   Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
   Complex Litigation Counsel
Elizabeth B. Scott*
   Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3316
Vikas.Didwania@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
   Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
   Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
     Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*Admitted pro hac vice


## CERTIFICATE OF SERVICE

    I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.


Dated:  December 12, 2025                                                     */s/ Anne P. Bellows*

                                                                                      Anne P. Bellows
                                                                                      Deputy Attorney General
                                                                                      *Counsel for the State of California*