**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense, <br><br> *Defendants.* | Case No. 1:25-cv-10810-DJC |

**DECLARATION OF GARRETT SANBORN**

I, Garrett Sanborn, declare as follows:

1. I am a resident of the State of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except those matters stated upon information

1

and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently a graduate student. Prior to this role, I was on active duty in the United States Marine Corps as a commissioned officer.

3. In this capacity, I served overseas on deployment twice between October 2020 – April 2021 and November 2022 – June 2023.

4. I am familiar with the Executive Order published on March 25, 2025, entitled "Preserving and Protecting the Integrity of American Elections."

5. It is my understanding that Section 2(a) of that Executive Order directs the Election Assistance Commission to amend the national mail voter registration form to require applicants to provide "documentary proof of United States citizenship" ("DPOC"). *See* EO, § 2(a)(i)(A). The Executive Order further outlines certain documents that constitute acceptable DPOC, including "an official military identification card that indicates the applicant is a citizen of the United States." *See* EO, § 2(a)(ii)(C).

6. It is also my understanding that Section 3(d) of that Executive Order directs the Secretary of Defense to "update the Federal Post Card Application, pursuant to the Uniformed and Overseas Citizens Absentee Voting Act, 52 U.S.C. 20301, to require: (i) documentary proof of United States citizenship, as defined by section 2(a)(ii) of this order." I am familiar with the Uniformed Overseas Citizens Absentee Voting Act ("UOCAVA") and the process for service members to register to vote and request an absentee ballot under that statute.

7. Taken together, these provisions of the Executive Order appear to command the Secretary of Defense to create new DPOC requirements for UOCAVA voters, and further

2

establish that only certain documents—including a military identification card that indicates citizenship—can serve as sufficient proof of citizenship.

8. These requirements are likely to frustrate the voter registration process for some members of the armed forces due to the unavailability of sufficient proof of citizenship to those service members.

9. In my 9 years of experience on active duty and during the combined 16 months spent deployed, I have found that some members of the armed forces deploy without any of the proof of citizenship listed in Section 2(a)(ii) of the Executive Order with some frequency.

10. Service members deployed both domestically and abroad may lack the proof of citizenship listed in Section 2(a)(ii) for a variety of reasons. When deployed domestically, service members are likely to forego bringing sensitive and potentially unnecessary documentation with them. Furthermore, the law exempts service members from needing a passport when on active duty abroad under some circumstances. *See* 22 C.F.R. § 53.2(b)(1).

11. During the times I was deployed, every effort was made to obtain passports for servicemembers; however, these often did not arrive on time, nor did every servicemember fulfill the necessary administrative requirements to obtain a passport. Other documents validating citizenship were usually not brought, either, for fear they would be lost. When traveling through other countries in an official capacity, the command either relied on a Status of Forces Agreement (SOFA) with the host nation government or negotiated a specific port of entry – port or airport, usually a military facility – through which we were allowed to transit if a SOFA was not in force. This was done because it was known that not all servicemembers had proof of citizenship, and that this was not simply an issue for non-citizen servicemembers, of which there were very few.

12. The standard Department of Defense identification card for active-duty military is known as the Common Access Card ("CAC"). The CAC contains the holder's photo, lists the holder's name, organizational affiliation, pay grade, and rank, and includes an expiration date. The CAC does not indicate citizenship. True and correct images of the CAC are available at https://www.cac.mil/Common-Access-Card/, attached hereto as Exhibit A.

13. Certain individuals affiliated with the military who are not eligible for the CAC may obtain a Uniform Services Identification card ("USID"). Individuals eligible for the USID include, but are not limited to, certain reserve personnel, veterans, or a spouse or dependent of a service member. While there are several versions of the USID, the USID generally contains the holder's photo, lists the holder's name and organizational affiliation, and includes an expiration date. No version of the USID indicates citizenship. True and correct images of the USID are available at https://www.cac.mil/Next-Generation-Uniformed-Services-ID-Card/, attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2025, at Boston, Massachusetts

*Garrett C. Sanborn*
Garrett Sanborn

# Exhibit A

An official website of the United States government   Here's how you know

☰   [DoD seal]   CAC
         DoD COMMON ACCESS CARD
         (https://www.cac.mil/)                                                                    🔍

OVERVIEW (HTTPS://WWW.CAC.MIL/) > COMMON ACCESS CARD

Skip to main content (Press Enter).

# Common Access Card (CAC)

The CAC, a "smart" card about the size of a credit card, is the standard identification for active duty uniformed Service personnel, Selected Reserve, DoD civilian employees, and eligible contractor personnel. It is also the principal card used to enable physical access to buildings and controlled spaces, and it provides access to DoD computer network and systems.

**Frequently Asked Questions (FAQ)**

Click here (/Common-Access-Card/#CAC_Questions) for a list of FAQs.

# Card Topology



# Card Types & Eligibility

The four different types of cards are listed below. The card you will be eligible for will be determined by your "Sponsor," the person affiliated with the DoD or other federal agency responsible for verifying and authorizing your need for an ID card. The uses of the card depend on the component/Command that you support. Each component/Command can customize the CAC to meet its specific needs.

Are you a sponsor? Visit the Sponsorship & Eligibility section (/ID-Card-Lifecycle/#sponsorship)of the ID Card Lifecycle for more details on this process.

| Card Type | Recipients | Affiliation |
|---|---|---|
| Armed Forces of the United States Geneva Conventions Identification Card | -Active Duty Armed Forces<br><br>-Selected Reserves<br><br>-Reserve and National Guard Members on active duty more than 30 days<br><br>-Contracted Reserve Officer Training Corps (ROTC) cadets | Displays branch of Service |

Skip to main content (Press Enter).

| | | |
|---|---|---|
| The standard card for active duty personnel in accordance with Geneva Conventions requirements. | -National Oceanic and Atmospheric Administration (NOAA)<br><br>-U.S. Public Health Services (PHS) | |
| U.S. DoD and/or Uniformed Services Identification Card<br><br>The standard card for qualifying civilian employees, contractors, and foreign national affiliates who need access to DoD installations, and computer systems. | -DoD and uniformed Services civilian employees (appropriated and nonappropriated)<br><br>-Eligible DoD, USCG, and NOAA contractors<br><br>-Non-DoD civilian employees to include: USCG and NOAA, state employees working in support of the National Guard, Intergovernmental Personnel Act employees, and non-DoD federal employees working in support of DoD | Senior Executive Service (SES)<br><br>Civilians<br><br>Civilian affiliates<br><br>Federal affiliates<br><br>Military affiliates |
| U.S. DoD and/or Uniformed Services Geneva Conventions Identification Card for Civilians Accompanying the Armed Forces<br><br>The standard card for civilians accompanying the Armed Forces. | -Emergency-essential civilian employees<br><br>-Contingency contractor personnel | Senior Executive Service (SES)<br><br>Civilians<br><br>Contractors |
| U.S. DoD and/or Uniformed Services Identification and Privilege Card<br><br>The standard card granting applicable benefits and privilege for civilian employees, contractors, and foreign | -DoD and uniformed Services civilian employees (appropriated and nonappropriated) when residing on a military installation within the United States and U.S. Territories and Possessions, or when stationed or employed and residing in foreign countries for at least 365 days<br><br>-DoD contractors when stationed or employed and residing in foreign countries for at least 365 days<br><br>-DoD Presidential appointees<br><br>-Uniformed and non-uniformed full-time | Senior Executive Service (SES)<br><br>Civilians<br><br>Contractors<br><br>Civilian affiliates<br><br>Federal affiliates |

Skip to main content (Press Enter).

| national military, as well as other eligible personnel. | paid personnel of the Red Cross assigned to duty with the uniformed Services within the United States and U.S. Territories and Possessions, when residing on a military installation, or in foreign countries<br><br>-Eligible foreign military | Military affiliates |
|---|---|---|

# Color Coding



Blue Bar: Non-U.S. Citizen



Green Bar: Contractors



White: All Remaining Personnel

## More Information on CAC (Click on the arrows to expand)

### Common Access Card (CAC) Frequently Asked Questions (FAQ)

- What does the "W" or "G" mean on the front of my card?
- How do I replace my Common Access Card (CAC)?
- I found a lost DoD ID card. How do I return it?
- How do I schedule an appointment to get a new ID Card?
- I am a contractor working overseas. My employer is collecting my CAC prior to my leaving for Rest and Recreation (R&R) and holding it until I return. My understanding is that the CAC is my government ID and I need to ensure it is in my possession
- The Personal Identification Number (PIN) on my CAC is locked, how do I unlock it?
- I was told that retired DoD civilians could obtain a CAC as an ID card. Is that true? What is the policy guidance?
- I am a Veteran. How do I get a DoD ID Card?
- Why does RAPIDS Site Locator give me a warning banner when I go to the website?
- How old does my dependent have to be in order to be issued a DoD ID card?
- I'm applying for a Department of Defense contract position. How do I obtain a Common Access Card (CAC)?

### Resources

- DoD Instruction 1000.13, "Identification (ID) Cards for

Skip to main content (Press Enter).

- Identification (ID) Cards for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals (PDF) (/Portals/53/Documents/DODI-1000.13.pdf)
- DoD Manual 1000.13, Volume 1, "DoD Identification (ID) Cards: ID Card Life-Cycle (PDF) (/Portals/53/Documents/DODM-1000.13_vol1.pdf)
- DoD Manual 1000.13, Volume 2, "DoD Identification (ID) Cards: Benefits for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals (PDF) (/Portals/53/Documents/DODM-1000.13_vol2.pdf)

About Us (/About/)   Contact Us (/Contact/)   Acronym Guide (/Acronym-Guide/)   Privacy Policy (/Privacy-Policy/)   Site Accessibility (http://dodcio.defense.gov/DoDSection508/Std_Stmt.aspx)

Hosted by Defense Media Activity - WEB.mil (https://www.web.dma.mil/)



(https://www.veteranscrisisline.net/get-help-now/military-crisis-line/)

# Exhibit B

An official website of the United States government   Here's how you know

≡  CAC
DoD COMMON ACCESS CARD
(https://www.cac.mil/)

OVERVIEW (HTTPS://WWW.CAC.MIL/) › NEXT GENERATION UNIFORMED SERVICES ID CARD

Skip to main content (Press Enter).

# Next Generation Uniformed Services ID Card

The Department of Defense transitioned from its legacy paper-based Uniformed Services Identification (USID) card to a more secure, next generation USID card. The Next Generation USID card incorporates an updated design and security features to deter counterfeiting and fraud, and is printed on a plastic cardstock. Initial issuance of the Next Generation USID card began on July 31, 2020 at select DoD ID card facilities, with phased implementation at all DoD ID card facilities, and completed in December 2020. USID cards are issued to retired and reserve members, dependent family members of uniformed Service members, and other eligible individuals in accordance with DoD policy to facilitate access to benefits, privileges, and DoD bases. The Next Generation USID card does not change the populations who are eligible to receive the current card.

Legacy USID cards remain valid through their expiration date, however, individuals with an indefinite (INDEF) expiration date on their legacy USID card may replace those ID cards with a Next Generation USID card.

USID cards may now be renewed online. Please see our online USID card renewal page (/Next-Generation-Uniformed-Services-ID-Card/Renewing-Online/) for more information.

## Frequently Asked Questions (FAQ)

Click here (/Next-Generation-Uniformed-Services-ID-Card/#USID_Questions) for a list of FAQs.

| Next Generation USID Card Type | Recipients |
|---|---|
| Armed Forces of the United States<br><br>Geneva Conventions Identification Card | -Members of the Individual Ready Reserves and Inactive National Guard<br><br>-Non-CAC-eligible civilian noncombatant personnel deployed in conjunction with military operations overseas |
| U.S. Department of Defense / Uniformed Services<br><br>Sponsor Identification and Privilege Card | -Retired members entitled to retired pay<br><br>-Members of the Temporary Disability Retired List (TDRL)<br><br>-Members of the Permanent Disability Retired List (PDRL)<br><br>-Retired members of the Reserves and National Guard<br><br>-Medal of Honor recipients<br><br>-100% Disabled Veterans<br><br>-Former members in receipt of retired pay<br><br>-Transitional Health Care Member (TAMP)<br><br>-Full-time paid United Service Organizations (USO) personnel when serving OCONUS |

Skip to main content (Press Enter)

| | |
|---|---|
| | serving OCONUS |
| | -United Seaman's Service (USS) Personnel OCONUS |
| | -Officers and Crews of MSC vessels deployed to foreign countries |
| | -Other benefits-eligible categories as described in DoD policy |
| U.S. Department of Defense / Uniformed Services<br><br>Dependent Identification and Privilege Card | <u>Dependents of</u>:<br>-Active duty Service members of the regular components<br>-Reserve component Service members on active duty for more than 30 days<br>-Retirees<br>-Medal of Honor recipients<br>-Former members in receipt of retired pay<br>-Transitional Health Care Members (TAMP)<br>-100% Disabled Veterans<br>-Ship's Officers and Crewmembers of NOAA Vessels<br>-Reserve members not on active duty or in receipt of retired pay<br>-Former members not in receipt of retired pay<br>-Reserve Service members who die after receipt of NOE<br><u>Surviving Dependents of</u>:<br>-Active duty and retired Service members<br>-Medal of Honor recipients<br>-Other benefits-eligible categories as described in DoD policy |

# Color Coding



Blue Bar: Non-U.S. Citizen Sponsors and their Dependents



White: Current/Former Uniformed Service Members, their Dependents, and All Remaining Personnel

| Legacy USID Card Type | Recipients |
|---|---|

Skip to main content (Press Enter).

| | |
|---|---|
| DD Form 2 (Reserve) <br><br> Armed Forces of the United States Geneva Conventions Identification Card | -Members of the Individual Ready Reserves and Inactive National Guard |
| DD Form 2 (Retired) <br><br> United States Uniformed Services Identification Card | -Retired members entitled to retired pay <br><br> -Members of the Temporary Disability Retired List (TDRL) <br><br> -Members of the Permanent Disability Retired List (PDRL) |
| DD Form 2 (Reserve Retired) <br><br> United States Uniformed Services Identification Card | -Retired members of the Reserves and National Guard under the age of 60 |
| DD Form 1173 <br><br> United States Uniformed Services Identification and Privilege Card | -Dependents of: active-duty Service members of the regular components; Reserve component Service members on active duty for more than 30 days; retirees; Medal of Honor recipients; former members in receipt of retired pay; Transitional Health Care Members (TAMP); 100% Disabled American Veterans (DAV); and Ship's Officers and Crewmembers of NOAA Vessels <br><br> -Surviving dependents of: active-duty and retired military members; Medal of Honor recipients; and 100% Disabled American Veterans (DAV) <br><br> -Accompanying family members of authorized civilian personnel overseas <br><br> -Eligible dependents of foreign military <br><br> -Other benefits-eligible categories as described in DoD policy |
| DD Form 1173-1 <br><br> United States Uniformed Services Identification and Privilege Card | -Dependents of: Reserve members not on Active Duty or in receipt of retired pay; former members not in receipt of retired pay; Reserve Service members who die after receipt of Notice of Eligibility <br><br> -Other benefits-eligible categories as described in DoD policy |

Skip to main content (Press Enter).

| | |
|---|---|
| (Guard and Reserve family member) | |
| DD Form 2765<br><br>Department of Defense/Uniformed Services Identification and Privilege Card | -Medal of Honor recipients<br><br>-100% Disabled American Veterans (DAV)<br><br>-Former members in receipt of retired pay<br><br>-Transitional Health Care Member (TAMP)<br><br>-Full-time paid personnel of the USO when serving outside the United States<br><br>-United Seaman's Service (USS) personnel when serving outside the United States<br><br>-Officers and Crews of MSC Vessels deployed to foreign countries<br><br>-Select Employer Support of the Guard and Reserve (ESGR) personnel<br><br>-Other benefits-eligible categories as described in DoD policy |

## More Information on USID (Click on the arrows to expand)

### NextGen USID Frequently Asked Questions (FAQ)

- What is changing on the USID card, and why?
- When can I get the Online USID Card Issuance?
- What should I do if I have a USID card with an indefinite expiration date?
- Who will be affected by the USID card change?
- Where can I get a USID Card?
- What do I need to bring with me?
- Where can I use my Online USID Card?
- Will my current USID still be accepted?
- Why does my USID card say "Verify Eligibility" under Medical?
- What if I have other questions?

### Resources

- Next Generation USID Poster (/Portals/53/Documents/Next Gen USID Card Poster_Jul2020_final.pdf?ver=pBcBTlz176I9QghvnS1IoA%3d%3d)

Skip to main content (Press Enter).

- Next Generation USID Frequently Asked Questions (FAQ)  (/Next-Generation-Uniformed-Services-ID-Card/#USID_Questions)
- Skip the Line and Request Online: Eligible Cardholders May Request New Uniformed Services Identification (USID) Cards Online (PDF) (/Portals/53/Documents/OnlineUSIDCardIssuance-OnePager.pdf?ver=T2eXyCVf17dQPqnZc40XDQ%3d%3d)
- Questions About the Requesting Online? Please Reference Our Frequently Asked Questions (/Next-Generation-Uniformed-Services-ID-Card/Renewing-Online/#OnlineUSID_Questions)
- Don't Know What to Bring With You for a New ID Card? Use the Pre-Arrival Checklist (PDF) (/Portals/53/Documents/required_docs_2025.pdf?ver=mI5raOEe5UICVi3It5qKuw%3d%3d)
- DoD Instruction 1000.13, "Identification (ID) Cards for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF) (/Portals/53/Documents/DODI-1000.13.pdf)
- DoD Manual 1000.13, Volume 1, "DoD Identification (ID) Cards: ID Card Life-Cycle" (PDF) (/Portals/53/Documents/DODM-1000.13_vol1.pdf)
- DoD Manual 1000.13, Volume 2, "DoD Identification (ID) Cards: Benefits for Members of the Uniformed Services, Their Dependents, and Other Eligible Individuals" (PDF) (/Portals/53/Documents/DODM-1000.13_vol2.pdf)
- ID Card Office Online (https://idco.dmdc.osd.mil/idco/)
- Questions? Visit Contact Us for more information. (/Contact/)

Skip to main content (Press Enter).

About Us (/About/)   Contact Us (/Contact/)   Acronym Guide (/Acronym-Guide/)   Privacy Policy (/Privacy-Policy/)   Site Accessibility (http://dodcio.defense.gov/DoDSection508/Std_Stmt.aspx)

Hosted by Defense Media Activity - WEB.mil (https://www.web.dma.mil/)



(https://www.veteranscrisisline.net/get-help-now/military-crisis-line/)