**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA; STATE OF
NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF
ARIZONA; STATE OF COLORADO;
STATE OF CONNECTICUT; STATE OF
DELAWARE; STATE OF HAWAII;
STATE OF ILLINOIS; STATE OF
MAINE; STATE OF MARYLAND;
PEOPLE OF THE STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF
NEW MEXICO; STATE OF NEW YORK;
STATE OF RHODE ISLAND; STATE OF
VERMONT; STATE OF WISCONSIN,

      *Plaintiffs,*

v.

DONALD J. TRUMP, in his official
capacity as President of the United States;
PAMELA BONDI, in her official capacity
as Attorney General of the United States;
UNITED STATES ELECTION
ASSISTANCE COMMISSION; DONALD
L. PALMER, in his official capacity as
Chairman of the U.S. Election Assistance
Commission; THOMAS HICKS, in his
official capacity as Vice Chair of the U.S.
Election Assistance Commission;
CHRISTY McCORMICK and BENJAMIN
W. HOVLAND, in their official capacities
as Commissioners of the U.S. Election
Assistance Commission; PETE
HEGSETH, in his official capacity as
Secretary of Defense,

      *Defendants.*

No. 1:25-cv-10810-DJC

**<u>DECLARATION OF ANNE P. BELLOWS</u>**

I, Anne P. Bellows, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California

and admitted pro hac vice in this matter.  ECF No. 8.  I am a Deputy Attorney General employed

1

by the Office of the Attorney General for the State of California, counsel of record for Plaintiff

State of California in this matter.  I submit this declaration in support of Plaintiff States' Motion

for Partial Summary Judgment and Request for Judicial Notice, filed herewith.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the official

governmental website of Defendants U.S. Election Assistance Commission (EAC), which lists

the names of the EAC Commissioners, Defendants Donald L. Palmer, Thomas Hicks, Christy

McCormick, and Benjamin W. Hovland. This information was posted publicly on the official

governmental website of the EAC, www.eac.gov, and as of December 9, 2025, could be accessed

via https://www.eac.gov/about/commissioners.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the current version of

the official government document referred to as the Federal Form.  The Federal Form is available

on the official governmental website of Defendant EAC, www.eac.gov, and as of December 9,

2025, could be accessed via https://www.eac.gov/sites/default/files/eac_assets/1/6/

Federal_Voter_Registration_ENG.pdf.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the certified

transcript from the April 17, 2025 preliminary injunction hearing before the United States

District Court for the District of Columbia in *League of United Latin American Citizens, et al. v.

Executive Office of the President, et al.* (D.D.C. Nos. 25-0946, 25-0952, 25-0955).

5.      Attached hereto as **Exhibit D** is a true and correct copy of the current version of

the official government document referred to as the Post Card Form.  The Post Card Form is

available on the official governmental website of the Federal Voting Assistance Program.  The

Post Card Form was posted publicly on www.fvap.gov and as of December 9, 2025, could be

accessed via https://www.fvap.gov/uploads/fvap/forms/fpca.pdf.

2

6.      Attached hereto as **Exhibit E** is a true and correct copy of the official testimony of Ohio Secretary of State Frank LaRose submitted to the Ohio Senate General Government Committee on October 28, 2025 regarding Substitute Senate Bill 153.  The official testimony was posted publicly on the official governmental website of the Ohio State Senate, www.ohiosenate.gov, and as of December 9, 2025, could be accessed via https://ohiosenate.gov/committees/general-government/meetings/cmte_s_gen_govt_1_2025-10-28-0200_852.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Defendant EAC's official summary of the federal funding each State has received from the EAC.  This information was posted publicly on the official governmental website of the EAC, www.eac.gov, and as of December 9, 2025, could be accessed via https://www.eac.gov/funding-levels-by-state.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Defendant EAC's official summary of the federal election security funds each State has received from the EAC. This information was posted publicly on the official governmental website of the EAC, www.eac.gov, and as of December 9, 2025, could be accessed via https://www.eac.gov/grants/election-security-funds.

9.      Attached hereto as **Exhibit H** is a true and correct copy of Defendant EAC's official governmental document determining the funding levels for each state for the 2025 Election Security Grant Program.  The grant allocations for the Election Security Grant Program were posted publicly on the official governmental website of the EAC, www.eac.gov, and as of December 9, 2025, could be accessed via https://www.eac.gov/sites/default/files/2025-04/FY25%20HAVA%20Election%20Security%20State%20Allocation%20List%20%28%2415M%29_508.pdf.

3

10.     Attached hereto as **Exhibit I** is a true and correct copy of an official governmental report issued by the U.S. Government Accountability Office, titled "Medicaid: States Reported That Citizenship Documentation Requirement Resulted in Enrollment Declines for Eligible Citizens and Posed Administrative Burdens." This report is posted publicly on the U.S. Government Accountability Office's official website, and as of December 9, 2025, could be accessed via https://www.gao.gov/products/gao-07-889.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the official governmental website page of the State of Indiana Secretary of State, posting a press release regarding the settlement of litigation related to non-citizen voting. This information was posted publicly on https://events.in.gov/sos, and as of December 9, 2025, could be accessed via https://events.in.gov/event/secretary-of-state-diego-morales-and-attorney-general-todd-rokita-secure-landmark-settlement-to-safeguard-voter-rolls-identify-illegal-votes.

12.     Attached hereto as **Exhibit K** is a true and correct copy of an official governmental report issued by the State of Indiana Secretary of State's Office, titled "General Election Turnout and Registration." This report is posted publicly on the Indiana Secretary of State Office's official website, and as of December 9, 2025, could be accessed via https://www.in.gov/sos/elections/voter-information/files/2024-General-Election-Turnout-and-Registration-Report.pdf.

13.     Attached hereto as **Exhibit L** is a true and correct copy of the official governmental website page of the U.S. Department of State, reporting on the statistical data available regarding the number of valid passports in circulation by year. This information was posted publicly on www.travel.state.gov, and as of December 9, 2025, could be accessed via https://travel.state.gov/content/travel/en/about-us/reports-and-statistics.html.

4

14.     Attached hereto as **Exhibit M** is a true and correct copy of the official

governmental website page of the U.S. Department of State, reporting on the required fees to

obtain a passport.  This information was posted publicly on www.travel.state.gov, and as of

December 9, 2025, could be accessed via https://travel.state.gov/content/travel/en/passports/how-

apply/fees.html.

15.     Attached hereto as **Exhibit N** is a true and correct copy of the official

governmental website page of the U.S. Department of State, reporting on the routine processing

times for U.S. passport applications.  This information was posted publicly on

www.travel.state.gov, and as of December 9, 2025, could be accessed via https://travel.state.gov/

content/travel/en/passports/how-apply/processing-times.html.

16.     Attached hereto as **Exhibit O** is a true and correct copy of an official

governmental report issued by the U.S. Postal Service, titled "Delivering the Nation's Election

Mail Securely and Effectively: 2024 Post-Election Analysis Report."  This report is posted

publicly on the U.S. Postal Service's official website, and as of December 9, 2025, could be

accessed via https://about.usps.com/what/government-services/election-mail/pdf/usps-post-

election-report-2024-12-02.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.  Executed on December 12, 2025, in Oakland, California.


By:     */s/ Anne P. Bellows*

Anne P. Bellows