# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA; STATE OF
NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF ARIZONA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE;
STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF
MARYLAND; PEOPLE OF THE STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF NEW
MEXICO; STATE OF NEW YORK; STATE
OF RHODE ISLAND; STATE OF
VERMONT; STATE OF WISCONSIN,

       *Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity
as President of the United States; PAMELA
BONDI, in her official capacity as Attorney
General of the United States; UNITED
STATES ELECTION ASSISTANCE
COMMISSION; DONALD L. PALMER, in
his official capacity as Chairman of the U.S.
Election Assistance Commission; THOMAS
HICKS, in his official capacity as Vice Chair
of the U.S. Election Assistance Commission;
CHRISTY McCORMICK and BENJAMIN W.
HOVLAND, in their official capacities as
Commissioners of the U.S. Election Assistance
Commission; PETE HEGSETH, in his official
capacity as Secretary of Defense,

       *Defendants*.

No. 1:25-cv-10810-DJC

## JOINT STIPULATION REGARDING PENDING SUMMARY JUDGMENT MOTIONS

Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware,

Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York,

Rhode Island, Vermont, and Wisconsin ("Plaintiff States"), and Defendants Donald Trump,

Pamela Bondi, U.S. Election Assistance Commission, Donald Palmer, Thomas Hicks, Christy McCormick, Benjamin Hovland, and Pete Hegseth ("Defendants"), by and through their respective counsel of record, hereby submit this joint stipulation regarding the parties' pending cross-motions for summary judgment:

*Whereas*, on March 25, 2025, Defendant President Donald J. Trump issued Executive Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*" ("EO");

*Whereas*, on April 3, 2025, the Plaintiff States filed an action in this Court challenging Sections 2(a), 2(d), 3(d), 4(a), 7(a), and 7(b) of the EO;

*Whereas*, on May 5, 2025, the Plaintiff States moved this Court to preliminarily enjoin Sections 2(a), 2(d), 3(d), 7(a), and 7(b) of the EO, which the Court granted on June 13, 2025;

*Whereas*, on June 13, 2025, Defendants moved this Court to dismiss this action in its entirety, which the Court denied on September 17, 2025;

*Whereas*, on August 1, 2025, Defendants filed an interlocutory appeal of this Court's preliminary injunction order in the U.S. Court of Appeals for the First Circuit (Case No. 25-1726), in which oral argument was initially set for April 7, 2026;

*Whereas*, on December 11, 2025, the parties filed a joint stipulation agreeing to the dismissal of Plaintiff States' challenge to Section 2(d) of the EO on the condition that no Defendant will take any action pursuant to the EO to require a Plaintiff State or its designated state or local voter registration agencies under 52 U.S.C. § 20506(a) to assess a person's citizenship prior to providing them with a federal voter registration form, which the Court entered on December 22, 2025;

*Whereas*, on December 12, 2025, the Plaintiff States filed a motion for partial summary

2

judgment as to Sections 2(a), 3(d)(i), 7(a), and 7(b) of the EO, and Defendants filed a motion for summary judgment as to all of Plaintiff States' claims;

*Whereas*, on February 26, 2026, this Court held a hearing on the parties' cross-motions for summary judgment, during which the parties expressed to the Court their shared interest in moving this matter toward final judgment on all claims;

*Whereas*, on February 27, 2026, the U.S. Court of Appeals for the First Circuit granted Defendants' unopposed motion to reschedule oral argument in the interlocutory appeal of this Court's preliminary injunction order, and ordered that the case instead be called for oral argument on December 9, 2026;

*Whereas*, the parties believe they have put before the Court the facts, legal arguments, and authorities necessary to resolve this case in full and that no further evidentiary submissions or briefing is necessary to fully resolve Plaintiff States' claims as to Sections 3(d)(ii) and 4(a);

NOW THEREFORE, the Parties stipulate their consent to the following means of resolving the parties' pending cross-motions for summary judgment and resolving this case in full:

- The parties stipulate that Plaintiff States' arguments as to Sections 3(d)(ii) and 4(a) in their opposition to Defendants' summary judgment motion and their arguments on the record at the February 26, 2026 hearing be deemed a Motion for Partial Summary Judgment as to claims challenging those provisions, and that the arguments in Defendants' motion for summary judgment as to those claims and their arguments at the February 26, 2026 hearing be deemed to constitute an opposition to the Motion for Partial Summary Judgment.

- The parties stipulate that Federal Rule of Civil Procedure 56(f)'s requirements of notice

3

and opportunity to respond as to Plaintiff States' Motion for Partial Summary Judgment on their challenges to Sections 3(d)(ii) and 4(a) have been satisfied by the submitted briefing, the February 26, 2026 hearing, and a meet and confer on the parties' pending cross-motions.

- The parties hereby waive any further briefing on Plaintiff States' claims challenging Sections 3(d)(ii) and 4(a) of the EO, unless such briefing is requested by the Court.

IT IS SO STIPULATED.  Accordingly, the parties respectfully request that the Court enter the concurrently filed proposed order.

March 27, 2026                                     Respectfully submitted,


                                                  **ROB BONTA**
                                                  Attorney General of California

                                                  /s/ *Michael S. Cohen*
                                                   Michael S. Cohen*
                                                      Deputy Attorney General
                                                   Thomas S. Patterson*
                                                      Senior Assistant Attorney General
                                                   Anne P. Bellows*
                                                   Malcolm A. Brudigam*
                                                   Kevin L. Quade*
                                                   Lisa C. Ehrlich*
                                                   Nicholas R. Green (BBO No 698510)
                                                      Deputy Attorneys General
                                                  Office of the California Attorney General
                                                  1300 I Street, P.O. Box 944255
                                                  Sacramento, CA 95814
                                                  (916) 210-6090
                                                  Michael.Cohen@doj.ca.gov

                                                  *Counsel for the State of California*
                                                   **Admitted pro hac vice*

                                                  *(additional counsel on following pages)*

4

March 27, 2026                          Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General
                                        Civil Division, Federal Programs Branch

                                        JOSEPH E. BORSON
                                        Assistant Director
                                        Civil Division, Federal Programs Branch

                                        */s/ Christian Dibblee*
                                        CHRISTIAN DIBBLEE
                                        MARIANNE KIES
                                        Trial Attorneys
                                        U.S. Department of Justice, Civil Division
                                        1100 L Street, NW Washington, DC 20005
                                        (202) 353-5980
                                        Christian.R.Dibblee@usdoj.gov

                                        NICOLE M. O'CONNOR
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3112
                                        Nicole.O'Connor@usdoj.gov

                                        *Attorneys for Defendants*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
Kiel B. Ireland
    Chief of Special Litigation
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

6

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
　　Solicitor General
Peter Baumann*
　　Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/  Maura Murphy*
Maura Murphy*
　　Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
　　Deputy Attorney General
Vanessa L. Kassab
　　Deputy Attorney General
Ian R. Liston
　　Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
    Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
    Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
    Complex Litigation Counsel
Elizabeth B. Scott*
    Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3316
Vikas.Didwania@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
    Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

8

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*


**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*

9

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
   Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
   Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
   Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
   Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*Admitted pro hac vice*

10

## <u>CERTIFICATE OF SERVICE</u>

I, Michael S. Cohen, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  March 27, 2026                    */s/ Michael S. Cohen*

Michael S. Cohen
Deputy Attorney General
*Counsel for the State of California*

11