**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA; STATE OF
NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF
ARIZONA; STATE OF COLORADO;
STATE OF CONNECTICUT; STATE OF
DELAWARE; STATE OF HAWAII;
STATE OF ILLINOIS; STATE OF
MAINE; STATE OF MARYLAND;
PEOPLE OF THE STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF
NEW MEXICO; STATE OF NEW
YORK; STATE OF RHODE ISLAND;
STATE OF VERMONT; STATE OF
WISCONSIN,

                    *Plaintiffs,*

v.

DONALD J. TRUMP, in his official
capacity as President of the United States;
PAMELA BONDI, in her official capacity
as Attorney General of the United States;
UNITED STATES ELECTION
ASSISTANCE COMMISSION;
DONALD L. PALMER, in his official
capacity as Chairman of the U.S. Election
Assistance Commission; THOMAS
HICKS, in his official capacity as Vice
Chair of the U.S. Election Assistance
Commission; CHRISTY McCORMICK
and BENJAMIN W. HOVLAND, in their
official capacities as Commissioners of
the U.S. Election Assistance Commission;
PETE HEGSETH, in his official capacity
as Secretary of Defense,

                    *Defendants.*

No. 1:25-cv-10810-DJC

**[PROPOSED] ORDER REGARDING PARTIES' SUMMARY JUDGMENT MOTIONS**

For good cause and based on the parties' joint stipulation, the Court orders as follows:

(1) The Plaintiff States' arguments as to Sections 3(d)(ii) and 4(a) of Executive Order No. 14248 in their opposition to Defendants' summary judgment motion (D. 181 at 2-5, 16-19) and in their oral argument presented to this Court on February 26, 2026 are hereby deemed a Motion for Partial Summary Judgment on Plaintiff States' claims challenging those provisions.  The arguments as to those Sections in Defendants' motion for summary judgment (D. 166 at 10-11, 20-24) and Defendants' arguments presented on the record to this Court on February 26, 2026 are hereby deemed an opposition to the Motion for Partial Summary Judgment.

(2) Federal Rule of Civil Procedure 56(f)'s requirements of notice and opportunity to respond as to Plaintiff States' Motion for Partial Summary Judgment on their challenges to Sections 3(d)(ii) and 4(a) of Executive Order No. 14248 have been satisfied by the briefing, hearing, and meet and confer on the parties' pending cross-motions, and the parties have waived further briefing on those claims.

(3) The Plaintiff States' Motion for Partial Summary Judgment as to their claims challenging Sections 3(d)(ii) and 4(a) of Executive Order No. 14248 is hereby taken under submission.

**SO ORDERED** this _____ day of _____, 2026

By:    _____
Hon. Denise J. Casper
United States District Judge

2