**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN, | |
| *Plaintiffs,* | |
| v. | No. 1:25-cv-10810-DJC |
| DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; PETE HEGSETH, in his official capacity as Secretary of Defense, | |
| *Defendants.* | |

## [~~PROPOSED~~] ORDER REGARDING PARTIES' SUMMARY JUDGMENT MOTIONS

For good cause and based on the parties' joint stipulation, the Court orders as follows:

(1) The Plaintiff States' arguments as to Sections 3(d)(ii) and 4(a) of Executive Order No. 14248 in their opposition to Defendants' summary judgment motion (D. 181 at 2-5, 16-19) and in their oral argument presented to this Court on February 26, 2026 are hereby deemed a Motion for Partial Summary Judgment on Plaintiff States' claims challenging those provisions.  The arguments as to those Sections in Defendants' motion for summary judgment (D. 166 at 10-11, 20-24) and Defendants' arguments presented on the record to this Court on February 26, 2026 are hereby deemed an opposition to the Motion for Partial Summary Judgment.

(2) Federal Rule of Civil Procedure 56(f)'s requirements of notice and opportunity to respond as to Plaintiff States' Motion for Partial Summary Judgment on their challenges to Sections 3(d)(ii) and 4(a) of Executive Order No. 14248 have been satisfied by the briefing, hearing, and meet and confer on the parties' pending cross-motions, and the parties have waived further briefing on those claims.

(3) The Plaintiff States' Motion for Partial Summary Judgment as to their claims challenging Sections 3(d)(ii) and 4(a) of Executive Order No. 14248 is hereby taken under submission.

**SO ORDERED** this __23rd__ day of __June__, 2026

By:    _____
Hon. Denise J. Casper
United States District Judge

2