# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA; STATE OF
NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF ARIZONA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE;
STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF
MARYLAND; PEOPLE OF THE STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF NEW
MEXICO; STATE OF NEW YORK; STATE
OF RHODE ISLAND; STATE OF
VERMONT; STATE OF WISCONSIN,

       *Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity
as President of the United States; TODD
BLANCHE, in his official capacity as the
Acting Attorney General of the United States;
UNITED STATES ELECTION
ASSISTANCE COMMISSION; DONALD L.
PALMER, in his official capacity as Chairman
of the U.S. Election Assistance Commission;
THOMAS HICKS, in his official capacity as
Vice Chair of the U.S. Election Assistance
Commission; CHRISTY McCORMICK and
BENJAMIN W. HOVLAND, in their official
capacities as Commissioners of the U.S.
Election Assistance Commission; PETE
HEGSETH, in his official capacity as
Secretary of Defense,

       *Defendants.*

No. 1:25-cv-10810-DJC

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF REMAINING CLAIMS AND REQUEST FOR ENTRY OF FINAL JUDGMENT

Plaintiffs California, Nevada, Massachusetts, Arizona, Colorado, Connecticut, Delaware,

Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York,

Rhode Island, Vermont, and Wisconsin ("Plaintiff States"), and Defendants Donald Trump, Todd Blanche, U.S. Election Assistance Commission, Donald Palmer, Thomas Hicks, Christy McCormick, Benjamin Hovland, and Pete Hegseth ("Defendants"), by and through their respective counsel of record, hereby stipulate that:

On June 24, 2026, the Court issued a memorandum and order on the Parties' cross motions for summary judgment allowing in part and denying in part the Parties' motions and entering declaratory and permanent injunctive relief.  D. 190.

The Court did not resolve the claims of Connecticut, Delaware, Maine, Minnesota, Vermont, and Wisconsin ("Non-Ballot Receipt States") as to Section 7(b) of Executive Order No. 14248 ("EO") asserted in the Sixth Cause of Action in the Complaint, as no Party moved for summary judgment on those claims.  D. 190 at 58–59 & n.14.  The Court directed that "[b]y July 10, 2026, the parties must notify the Court in writing of the States' intent in this regard, whether the parties seek the entry of final judgment at that point or propose some other course in this proceeding." *Id.* at 58 & n.14.

The Parties agree that the Non-Ballot Receipt States' claims challenging Section 7(b) of the EO may be dismissed without prejudice and that entry of final judgment thereafter is proper.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal without prejudice of the claims brought by Connecticut, Delaware, Maine, Minnesota, Vermont, and Wisconsin concerning Section 7(b) of the EO in the Sixth Cause of Action in the Complaint.

The Parties further jointly request that the Court enter final judgment.

IT IS SO STIPULATED.

2

July 10, 2026

Respectfully submitted,

**ROB BONTA**
Attorney General of California

 /s/ *Michael S. Cohen*  
 Michael S. Cohen*
    Deputy Attorney General
 Thomas S. Patterson*
    Senior Assistant Attorney General
 Anne P. Bellows*
 Malcolm A. Brudigam*
 Kevin L. Quade*
 Lisa C. Ehrlich*
 Nicholas R. Green (BBO No 698510)
    Deputy Attorneys General
Office of the California Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
Michael.Cohen@doj.ca.gov

*Counsel for the State of California*
 *Admitted pro hac vice*

*(additional counsel on following pages)*

July 10, 2026                              Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General


                                          JOSEPH E. BORSON
                                          Assistant Director
                                          Civil Division, Federal Programs Branch

                                          */s/ Christian Dibblee*
                                          CHRISTIAN DIBBLEE
                                          WINSTON SHI
                                          Trial Attorneys
                                          U.S. Department of Justice, Civil Division
                                          1100 L Street, NW Washington, DC 20005
                                          (202) 353-5980
                                          Christian.R.Dibblee@usdoj.gov

                                          NICOLE M. O'CONNOR
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          John Joseph Moakley U.S. Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3112
                                          Nicole.O'Connor@usdoj.gov

                                          *Attorneys for Defendants*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
Kiel B. Ireland*
    Chief of Special Litigation
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-8727
kireland@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

5

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
    Solicitor General
Peter Baumann*
    Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/  Maura Murphy*
Maura Murphy*
    Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
    Deputy Attorney General
Vanessa L. Kassab
    Deputy Attorney General
Ian R. Liston
    Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

By: */s/ David D. Day*
David D. Day*
    Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes*
    Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawai'i*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Vikas Didwania*
Vikas Didwania*
    Complex Litigation Counsel
Elizabeth B. Scott*
    Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3316
Vikas.Didwania@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
    Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*

8

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*


**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*


**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*


*Admitted pro hac vice*

9

## <u>CERTIFICATE OF SERVICE</u>

I, Michael S. Cohen, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  July 10, 2026

/s/ Michael S. Cohen

Michael S. Cohen
Deputy Attorney General
*Counsel for the State of California*

10