**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10810 (DJC) |

**NOTICE OF APPEAL**

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's July 13, 2026 final judgment, ECF 194, and the associated June 24, 2026 summary judgment opinion and order, ECF 190.

Dated: September 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

DIANE KELLEHER
Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
WINSTON SHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, D.C. 20005
Tel.: 202-880-0387
E-mail: winston.g.shi@usdoj.gov

NICOLE M. O'CONNOR
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The Department of Justice electronically filed this document today, September 9, 2026, by the Court's CM/ECF system. This document was distributed via that system.

*/s/ Christian Dibblee*
Christian Dibblee